**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Welty Services, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Brazoria County Truck Outfitters** <br> **DBA  Jones and Hadley** <br> **DBA  Mikes Paint and Body Shop** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4690782** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2123 South Velasco** <br> **Angleton, TX 77515** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Brazoria** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **bctruckoutfitters.com jonesandhadley.com mikespaintandbody.shop**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Welty Services, LLC**                                              Case number (*if known*) _____
           Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4413

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Welty Services, LLC**                                    Case number *(if known)* _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█   Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

7/09/25 11:23AM

Debtor   **Welty Services, LLC**                                                    Case number (if known)
Name

Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07 / 09 / 2025
                MM / DD / YYYY

X _____   Managing Me _____   Donnie Welty Jr.
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

X _____                          Date   7.9.25
Signature of attorney for debtor                                 MM / DD / YYYY

**Genevieve M. Graham**
Printed name

**Graham PLLC**
Firm name

**1215 Arthur St**

**Houston, TX 77019**
Number, Street, City, State & ZIP Code

Contact phone   **832 367 5705**          Email address   **ggraham@graham-pllc.com**

**24085340 TX**
Bar number and State

## WELTY SERVICES, LLC
## CORPORATE RESOLUTION

Donnie Welty Jr., being the managing member of and the holder of a 50% interest (the "Member") in Welty Services, LLC, (the "Company"), hereby adopts the following Resolutions and provides his written consent as provided below:

**RESOLVED,** that in the judgment of the Member, it is desirable and in the best interests of the Company and its creditors, employees, members, and other interested parties that a voluntary petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED,** that Donnie Welty Jr. and is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a voluntary petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas at such time as Donnie Welty Jr. shall determine and in such form or forms as Donnie Welty Jr. may approve;

**RESOLVED,** that the law firm of The Fox Law Corporation be employed as counsel for the Company in the Company's Chapter 11 case under terms set forth in retainer agreements, as such may be amended from time to time;

**RESOLVED,** that the law firm of Graham PLLC be employed as local counsel for the Company in the Company's Chapter 11 case under terms set forth in retainer agreements, as such may be amended from time to time;

**RESOLVED,** that Donnie Welty Jr. and any other people Donnie Welty Jr. designates (the "Designated People") are authorized and empowered on behalf of the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions that Donnie Welty Jr. or the Designated People or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11; and in that connection, to employ and retain all assistance by legal counsel, financial advisors, accountants, and other professionals, and to take any and perform any and all further acts and deeds that they deem necessary, proper, and desirable in connection with the Chapter 11 case, including communicating with any of the foregoing. All Designated People shall be agents of the Company (not to the exclusion of other Company roles that they may have), and all communications involving the Designated People relating to or arising out of the Company's bankruptcy case and any related proceedings or matters (whether before or after its filing) are intended to be protected, to fullest extent permissible, by the Company's attorney-client privilege, work product doctrine, and any other applicable privileges, doctrines, or legal theories or protections, whether based in law or equity. All such communications shall be within the scope of such Designated People's corporate duties;

**RESOLVED,** that Donnie Welty Jr. and the Designated People be, and each of them hereby is, authorized and empowered on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, or Secretary of State, if necessary) any and all documents (including exhibits thereto), including any and all agreements, notes, notices, affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be required to give effect to the foregoing Resolutions and to execute and deliver such documents (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**RESOLVED,** that the Member (i) waives any notice that may be required pursuant to any applicable documents or law; and (ii) consents to the Company taking the actions contemplated by this Consent Resolution without a meeting, and confirms and consents to the actions contemplated by this Consent Resolution as if due notice of the meeting had first been given; and

**RESOLVED,** that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by Donnie Welty Jr. or the Designated People on behalf of the Company, such actions are hereby ratified and confirmed in their entirety; and

**IN WITNESS WHEREOF,** the undersigned has executed this Consent Resolution, effective as of the date set forth below.

Signature:

Donnie Welty Jr., managing member
of Welty Services, LLC

Date:        July  9 , 2025

Signature:

Rebecca Welty, managing member
of Welty Services, LLC

Date:        July  9  , 2025

-2-

7/09/25 11:23AM

**Fill in this information to identify the case:**

Debtor name   **Welty Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/09/2025        ✗   _____
                                    Signature of individual signing on behalf of debtor

**Donnie Welty Jr.**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name **Welty Services, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | Credit Card | | | | $143,516.59 |
| American Express PO Box 30009 Salt Lake City, UT 84130 | | Line of Credit | | | | $38,628.47 |
| Capital One Attn: Legal Department 1680 Capital One Dr Mc Lean, VA 22102-3491 | | Credit Card | | | | $35,532.61 |
| Classic Chevrolet Sugarland 13115 Southwest Fwy Sugarland, TX 77478 | | Vendor | | | | $21,225.16 |
| Dennis Reutzel 1 Rayburn Ridge Angleton, TX 77515 | | Equipment & Business Purchase | | | | $188,733.43 |
| Dent Sharks 4407 Blooming Garden Ct League City, TX 77573 | | Vendor | | | | $40,708.47 |
| Don Hewlett Chevrolet and Buick 7601 I 35 N Frontage Rd Georgetown, TX 78626 | | Vendor | | | | $34,703.68 |
| Earl Owens 44 Tunkhannock Ave Exeter, PA 18643 | | Vendor | | | | $93,778.87 |

Debtor **Welty Services, LLC**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **English Color and Supply Inc MPB 2826 Broadway Galveston, TX 77550** | | Vendor | | | | **$68,303.74** |
| **English Color and Supply JH 2826 Broadway Galveston, TX 77550** | | Vendor | | | | **$87,371.55** |
| **Fred Haas Toyota/Scion 20400 I-45 North Spring, TX 77373** | | Vendor | | | | **$27,531.96** |
| **Helfman River Oaks Chrysler Dodge Jeep 4807 Kirby Dr Houston, TX 77098** | | Vendor | | | | **$22,421.19** |
| **Hewlett Parts Center 200 Commerce Blvd Georgetown, TX 78626** | | Vendor | | | | **$21,406.32** |
| **iBusiness Funding fka Funding Circle 110 SE 6th St Ste 700 Fort Lauderdale, FL 33316** | | Merchant Cash Advance Loan | | | | **$336,893.54** |
| **John Deere PO Box 650215 Dallas, TX 75265-0215** | | John Deere 325G | | | | **$8,422.35** |
| **Keystone Automotive Industries 15733 Collection Center Dr Chicago, IL 60693** | | Earl Owens purchase. | | | | **$7,081.30** |
| **Pro Parts Center 7810 Fairbanks N Houston Rd Bldg 1 Ste 100 Houston, TX 77040** | | Vendor | | | | **$32,300.15** |
| **Russell & Smith Ford PO Box 2222 Decatur, AL 35609-2222** | | Vendor | | | | **$36,659.93** |
| **Texas Comptroller PO Box 13528 Austin, TX 78711-3528** | | Sales tax | | | | **$23,395.90** |

Debtor   **Welty Services, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wiesner Buick, GMC, Hyundai 1645 Interstate 45 N #400 Conroe, TX 77304** | | **Vendor** | | | | **$51,374.53** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Welty Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................    $     **1,908,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................    $      **470,150.05**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................    $     **2,378,150.05**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $     **3,050,168.75**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $       **23,395.90**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **1,363,603.30**

4.    **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b                                                                              $     **4,437,167.95**

**Fill in this information to identify the case:**

Debtor name  **Welty Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$600.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Third Coast. Jones and Hadley. Value as of 07/08/2025.** | **General** | **4138** | **$6.09** |
| 3.2. | **Third Coast. Mikes Paint and Body Shop. Value as of 07/08/2025.** | **General** | **7255** | **$438.42** |
| 3.3. | **Third Coast. Brazoria Country Truck Outfitters. Value as of 07/08/2025.** | **General** | **3106** | **$1,896.70** |
| 3.4. | **TDE Credit Union. Brazoria County Truck Outfitters. Value as of 07/08/2025.** | **General** | **8100** | **$2,489.16** |
| 3.5. | **First Financial Bank. Value as of 06/30/2025.** | **General** | **8758** | **$13,370.47** |

4. **Other cash equivalents** *(Identify all)*

Debtor    **Welty Services, LLC**                                        Case number *(If known)* _____
          Name

**5.**    **Total of Part 1.**                                                                          | $18,800.84 |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

| 8.1. | **Hagan Insurance (paid on 7/12/2024)** | $6,980.00 |
|---|---|---|
| 8.2. | **Texas Windstorm Insurance Association (paid on 2/5/2025)** | $4,290.75 |
| 8.3. | **Smith Group (paid on 4/29/2025)** | $6,763.58 |
| 8.4. | **Hagan Insurance (paid on 3/7/2025)** | $7,766.55 |

**9.**    **Total of Part 2.**                                                                          | $25,800.88 |
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

| 11a. 90 days old or less: | 24,801.46 | - | 0.00 | = .... | $24,801.46 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 62,609.64 | - | 0.00 | =.... | $62,609.64 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**                                                                         | $87,411.10 |
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Debtor  **Welty Services, LLC**                                    Case number *(If known)* _____
_____
Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Paint supplies on consignment. English Color and Supply Inc supplies paint materials on premises, usually 70-80 gallons, valued about $50,000. Supplies on consignment until sold.** | | $0.00 | | $0.00 |

---

| 23. | **Total of Part 5.** | | $0.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Debtor   **Welty Services, LLC**                                    Case number *(If known)* _____
_____
   Name

| 39. | **Office furniture** | | | | |
| 40. | **Office fixtures** | | | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See attachment. | $0.00 | **Mgmt Opinion** | $11,099.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $11,099.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2014 F150 Ford** | $18,000.00 | **KBB.com** | $4,700.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. **See attached inventory value detail dated 07/06/2025.** | $0.00 | **Recent cost** | $72,338.23 |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **FC9000-160 64" Wide Cutter. SN: B40511895 (with attached components)** | $0.00 | **Market Search** | $0.00 |
| **John Deere 325G** | $84,577.20 | **Market Search** | $35,000.00 |
| **Rhino Mobile Spray Rig** | $154,433.58 | **Market Search** | $35,000.00 |
| **Frame Machine and Measuring System** | $126,094.00 | **Market Search** | $45,000.00 |

Debtor **Welty Services, LLC**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **3m Plotter** | $11,347.00 | **Market Search** | $5,000.00 |
| **Adas Calibration Instrument** | $38,731.00 | **Market Search** | $25,000.00 |
| **Hunter Wheel and Tire Machine** | $63,866.57 | **Market Search** | $20,000.00 |
| **Hunter Alignment Rack** | $125,000.00 | **Market Search** | $35,000.00 |
| **5x Paint booths attached to building. Removal likely requires also removing the roofs.** | $50,000.00 | **Market Search** | $15,000.00 |
| **Chief Frame Machine and Measuring System (Jones and Hadley)** | $170,000.00 | **Market Search** | $35,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.                    | $327,038.23 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **605 North Velasco, Angelton TX 77515** | **Fee simple** | $1,345,000.00 | **Clark Realty** | $900,000.00 |
| 55.2.  **1417 South Velasco, Angleton, TX 77515** | **Fee simple** | $350,000.00 | **Clark Realty** | $350,000.00 |
| 55.3.  **2123 South Velasco, Angleton, TX 77515** | **Lease-purchase** | $0.00 | | $350,000.00 |

Debtor     **Welty Services, LLC**                           Case number *(If known)* _____
           Name

| 55.4. | **2201 South Velasco St Angleton TX, 77515. 5 Acre property.** | Fee simple. For sale. | $0.00 | Mgmt Opinion | $300,000.00 |
|---|---|---|---|---|---|
| 55.5. | **Mobile building - located at 1417 South Velasco.** | | $34,214.00 | Comparable sale | $8,000.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $1,908,000.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.bctruckoutfitters.com www.jonesandhadley.com www.mikespaintandbody.shop | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** Name, phone number, email | $0.00 | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

Debtor   **Welty Services, LLC**_____   Case number *(If known)* _____
         Name

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Welty Services, LLC**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,800.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,800.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $87,411.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,099.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $327,038.23 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $1,908,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $470,150.05 | + 91b. $1,908,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,378,150.05 |

Welty Services, LLC
Schedule AB Attachment
Misc Office Items

| Location | Item | Valuation | Value |
|----------|------|-----------|-------|
| BCTO | Desk | Facebook Marketplace | $5.00 |
| BCTO | Computer | Facebook Marketplace | $25.00 |
| BCTO | Monitor | Facebook Marketplace | $5.00 |
| BCTO | Office Chair | Facebook Marketplace | $5.00 |
| BCTO | Office Chair | Facebook Marketplace | $5.00 |
| BCTO | Wooden Chair | Facebook Marketplace | $5.00 |
| BCTO | Couch | Facebook Marketplace | $15.00 |
| BCTO | Security System | Facebook Marketplace | $5.00 |
| BCTO | Printer | Facebook Marketplace | $5.00 |
| BCTO | Couch | Facebook Marketplace | $15.00 |
| BCTO | Chair | Facebook Marketplace | $5.00 |
| BCTO | Chair | Facebook Marketplace | $5.00 |
| BCTO | Chair | Facebook Marketplace | $5.00 |
| BCTO | Chair | Facebook Marketplace | $5.00 |
| BCTO | Chair | Facebook Marketplace | $5.00 |
| BCTO | Chair | Facebook Marketplace | $5.00 |
| BCTO | Fan | Facebook Marketplace | $2.00 |
| BCTO | Desk | Facebook Marketplace | $5.00 |
| BCTO | Computer | Facebook Marketplace | $25.00 |
| BCTO | Power Back UP | Facebook Marketplace | $2.00 |
| BCTO | Office Chair | Facebook Marketplace | $5.00 |
| BCTO | File Cabinet | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Shelving Unit | Facebook Marketplace | $5.00 |
| BCTO | Server | Facebook Marketplace | $5.00 |
| BCTO | Rolling Desk | Facebook Marketplace | $5.00 |
| BCTO | Display Shelf | Facebook Marketplace | $5.00 |
| BCTO | Microwave | Facebook Marketplace | $15.00 |
| BCTO | Rigid Lighting Product Display | Facebook Marketplace | $0.00 |
| BCTO | Undercover Product Display | Facebook Marketplace | $0.00 |
| BCTO | Roll N' Lock Product Display | Facebook Marketplace | $0.00 |
| BCTO | Bedstep Product Display | Facebook Marketplace | $0.00 |
| BCTO | RealTruck Product Display | Facebook Marketplace | $0.00 |
| BCTO | Husky Product Display | Facebook Marketplace | $0.00 |
| BCTO | Decked Product Display | Facebook Marketplace | $0.00 |
| BCTO | Aries Product Display | Facebook Marketplace | $0.00 |
| BCTO | Bushwhacker Product Display | Facebook Marketplace | $0.00 |
| BCTO | LUND Product Display | Facebook Marketplace | $0.00 |
| BCTO | Computer | Facebook Marketplace | $25.00 |

Welty Services, LLC
Schedule AB Attachment
Misc Office Items

| Location | Item | Valuation | Value |
|----------|------|-----------|-------|
| BCTO | Computer | Facebook Marketplace | $25.00 |
| BCTO | Desk | Facebook Marketplace | $5.00 |
| BCTO | Desk | Facebook Marketplace | $5.00 |
| BCTO | Office Chair | Facebook Marketplace | $5.00 |
| BCTO | Office Chair | Facebook Marketplace | $5.00 |
| BCTO | Waiting Chair | Facebook Marketplace | $5.00 |
| BCTO | Waiting Chair | Facebook Marketplace | $5.00 |
| BCTO | Waiting Chair | Facebook Marketplace | $5.00 |
| J&H | Desk | Facebook Marketplace | $5.00 |
| J&H | Desk | Facebook Marketplace | $5.00 |
| J&H | Desk | Facebook Marketplace | $5.00 |
| J&H | Desk | Facebook Marketplace | $5.00 |
| J&H | Couch | Facebook Marketplace | $15.00 |
| J&H | Office Chair | Facebook Marketplace | $5.00 |
| J&H | Office Chair | Facebook Marketplace | $5.00 |
| J&H | Office Chair | Facebook Marketplace | $5.00 |
| J&H | Office Chair | Facebook Marketplace | $5.00 |
| J&H | Office Chair | Facebook Marketplace | $5.00 |
| J&H | Monitor | Facebook Marketplace | $5.00 |
| J&H | Monitor | Facebook Marketplace | $5.00 |
| J&H | Monitor | Facebook Marketplace | $5.00 |
| J&H | Monitor | Facebook Marketplace | $5.00 |
| J&H | Monitor | Facebook Marketplace | $5.00 |
| J&H | Monitor | Facebook Marketplace | $5.00 |
| J&H | Monitor | Facebook Marketplace | $5.00 |
| J&H | PC | Facebook Marketplace | $25.00 |
| J&H | PC | Facebook Marketplace | $25.00 |
| J&H | PC | Facebook Marketplace | $25.00 |
| J&H | PC | Facebook Marketplace | $25.00 |
| J&H | PC | Facebook Marketplace | $25.00 |
| J&H | PC | Facebook Marketplace | $25.00 |
| J&H | Waiting Chair | Facebook Marketplace | $5.00 |
| J&H | Waiting Chair | Facebook Marketplace | $5.00 |
| J&H | Printer | Facebook Marketplace | $5.00 |
| J&H | Printer | Facebook Marketplace | $5.00 |
| J&H | Cubby Unit | Facebook Marketplace | $2.00 |
| J&H | Cubby Unit | Facebook Marketplace | $2.00 |
| J&H | Cubby Unit | Facebook Marketplace | $2.00 |
| J&H | Desk | Facebook Marketplace | $5.00 |
| J&H | Mirror | Facebook Marketplace | $2.00 |
| J&H | Mirror | Facebook Marketplace | $2.00 |
| J&H | TV | Facebook Marketplace | $15.00 |
| J&H | Microwave | Facebook Marketplace | $5.00 |
| J&H | Fridge | Facebook Marketplace | $55.00 |
| J&H | Chair | Facebook Marketplace | $5.00 |

Welty Services, LLC
Schedule AB Attachment
Misc Office Items

| Location | Item | Valuation | Value |
|---|---|---|---|
| J&H | Chair | Facebook Marketplace | $5.00 |
| J&H | Chair | Facebook Marketplace | $5.00 |
| J&H | Chair | Facebook Marketplace | $5.00 |
| J&H | Chair | Facebook Marketplace | $5.00 |
| J&H | Chemical Cabinet | Facebook Marketplace | $5.00 |
| J&H | TV | Facebook Marketplace | $15.00 |
| J&H | Office Chair | Facebook Marketplace | $5.00 |
| J&H | File Cabinet | Facebook Marketplace | $5.00 |
| J&H | Computer | Facebook Marketplace | $25.00 |
| J&H | 2 10 Ton Jack Stands | Mgmt Opinion | $25.00 |
| J&H | 10 4 Ton Jack Stands | Mgmt Opinion | $25.00 |
| J&H | 1 Quincy Air Compressor - 10 Horse | Mgmt Opinion | $150.00 |
| J&H | 1 Ingersall Rand T30 Air Compress | Mgmt Opinion | $200.00 |
| J&H | 1 Hd Zero Dessicant Air Dryer Oh-100 | Mgmt Opinion | $200.00 |
| J&H | 1 Nova Verta Down Draft Heated Paint Booth | Mgmt Opinion | $3,500.00 |
| J&H | 1 Accu Draft Saima Down Draft Heated Paint Booth | Mgmt Opinion | $2,500.00 |
| J&H | 1 Viking Down Draft Paint Booth | Mgmt Opinion | $3,500.00 |
| J&H | 2 Solar 2175 Wire Feed Welders | Mgmt Opinion | $55.00 |
| J&H | 1 Schumaker Battery Charger Se 4020 | Mgmt Opinion | $15.00 |
| J&H | 1 Solar 20 Amp Plasma Cutter | Mgmt Opinion | $25.00 |
| J&H | 1 Porta Spot Dent Puller Machine | Mgmt Opinion | $5.00 |
| J&H | 1 Hd Dent Puller Slide Hammer Set | Mgmt Opinion | $5.00 |
| J&H | 1 4 Ton Porta Power Set | Mgmt Opinion | $15.00 |
| J&H | 1 10 Ton Porta Power Set | Mgmt Opinion | $15.00 |
| J&H | 1 White Industries R 12 & R 134 A/C Recover Recycle & Recharge Machine | Mgmt Opinion | $55.00 |
| J&H | 1 Robinair R 134 A/C Recycle & Recharge Machine Cooltech 34288 | Mgmt Opinion | $55.00 |
| | | **Total:** | **$11,099.00** |

# Inventory Value Detail

Sunday, July 6, 2025
6:57:39PM
Page: 1

### Brazoria County Truck Outfitters LLC
### All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| **Inventory Asset: 05010-000** | | | | | | | |
| 9900308 | 11-16 Superduty Flatbed patch harness | | | | | | |
| | Serial # 1111 | 2/6/2024 | SEMXT1WWV | ($)ADJUST | 1.00 | 0.00 | 0.00 |
| | | | | Subtotal: | 1.00 | 0.00 | 0.00 |
| | | | **Total for Asset Account:** | | **1.00** | **0.00** | **0.00** |
| **Inventory Asset: 05020-000** | | | | | | | |
| | | 12/12/2021 | MHWN4UWK2 | ($)ADJUST | -5.00 | 26.31 | -131.55 |
| | | 12/31/2022 | TSDDKRX2IT | ($)ADJUST | -1.00 | 26.31 | -26.31 |
| | | 12/14/2023 | 6RCO0X4Q8G | ($)ADJUST | -6.00 | 26.31 | -157.86 |
| | | 12/14/2023 | HWQENROKA | ($)ADJUST | 7.00 | 26.31 | 184.17 |
| | | 7/11/2024 | 6KJRYGA0OH | ($)ADJUST | 8.00 | 26.31 | 210.48 |
| | | 12/31/2024 | AJ2F5VJ3DX | ($)ADJUST | 2.00 | 26.31 | 52.62 |
| | | 12/31/2024 | WFP1OV4ID4 | ($)ADJUST | -1.00 | 26.31 | -26.31 |
| | | 6/23/2025 | TCUAJBIXEW | ($)ADJUST | -8.00 | 26.31 | -210.48 |
| | | | | Subtotal: | -4.00 | 210.48 | -105.24 |
| 182GB295824 | Performance Replica 182GB, 20 x 9 , 6 x 5.5, +24 offset | | | | | | |
| | | 2/1/2024 | 901970505 | WHEPRO | 1.00 | 240.48 | 240.48 |
| | | 7/11/2024 | 26M61PE4XH | ($)ADJUST | -1.00 | 240.48 | -240.48 |
| | | | | Subtotal: | 0.00 | 480.96 | 0.00 |
| 205005 | Kenda Vezda Touring 235/55/17 | | | | | | |
| | | 5/1/2025 | INV000877750 | USAUT | 2.00 | 99.44 | 198.88 |
| | | | | Subtotal: | 2.00 | 99.44 | 198.88 |
| 210900 | Nitto NT421Q All Season SUV Tire | | | | | | |
| | | 7/18/2024 | 0005215016 | USAUT | 3.00 | 178.99 | 536.97 |
| | | | | Subtotal: | 3.00 | 178.99 | 536.97 |
| 6011390CC | Steelcraft Elevation Front bumper, 2023-C Super Duty | | | | | | |
| | | 6/17/2025 | A004066016 | MEYDIS | 1.00 | 1,200.72 | 1,200.72 |
| | | | | Subtotal: | 1.00 | 1,200.72 | 1,200.72 |
| 7624201A | Amp Research Electric Steps | | | | | | |
| | | 6/25/2025 | A004090957 | MEYDIS | 1.00 | 1,385.99 | 1,385.99 |
| | | | | Subtotal: | 1.00 | 1,385.99 | 1,385.99 |
| ACC80296 | 24IN TRUCK BED LED LIGHT KIT | | | | | | |
| | | 1/14/2025 | A000474318 | MEYDIS | 2.00 | 39.00 | 78.00 |
| | | | | Subtotal: | 2.00 | 39.00 | 78.00 |
| ALC16192 | Air Compressor | | | | | | |
| | | 10/14/2024 | A0001777118 | MEYDIS | 1.00 | 105.13 | 105.13 |
| | | | | Subtotal: | 1.00 | 105.13 | 105.13 |
| ALC57579 | 23-C F450 4WD DRW (NON COMMERCIAL) LOADLIFTER 7500 XL ULTIMATE AIR SPRING KIT | | | | | | |
| | | 5/14/2025 | A003957555 | MEYDIS | 1.00 | 687.47 | 687.47 |
| | | | | Subtotal: | 1.00 | 687.47 | 687.47 |
| ALC88288 | 19-C SILVERADO/SIERRA LOADLIFTER 5000 ULTIMATE AIR SPRING KIT W/INTERNAL JOUNCE | | | | | | |
| | | 7/26/2024 | 904901257 | EAROWE | 1.00 | 450.06 | 450.06 |
| | | | | Subtotal: | 1.00 | 450.06 | 450.06 |
| AMP7533001A | 23-C F250/F350 BEDSTEP BLACK | | | | | | |
| | | 6/4/2025 | A004026993 | MEYDIS | 1.00 | 254.09 | 254.09 |
| | | 6/9/2025 | 21620 | PETBOB | -1.00 | 254.09 | -254.09 |
| | | | | Subtotal: | 0.00 | 508.18 | 0.00 |

# Inventory Value Detail

## Brazoria County Truck Outfitters LLC
### All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| AMP7615201A | 21-C F150 POWERSTEP PLUG-N-PLAY INCL OEM STYLE ILLUMINATION | | | | | | |
| | | 6/30/2025 | A004104602 | MEYDIS | 1.00 | 1,385.99 | 1,385.99 |
| | | | | Subtotal: | 1.00 | 1,385.99 | 1,385.99 |
| AMP7623901A | 18-20 RAM 1500/2500/3500(DIESEL ONL MOTOR)(W/FACT AIR RIDE AIR TANK BRKT)PLUG AN | | | | | | |
| | | 3/31/2025 | A003814060 | MEYDIS | 1.00 | 1,385.99 | 1,385.99 |
| | | | | Subtotal: | 1.00 | 1,385.99 | 1,385.99 |
| AMP7624201A | 22-C F250/F350/2022 F450 ALL CABS POWERSTEP-PLUG-N-PLAY(ONLY WORKS WITH SYNC 4 M | | | | | | |
| | | 6/23/2025 | A004084213 | MEYDIS | 1.00 | 1,385.99 | 1,385.99 |
| | | | | Subtotal: | 1.00 | 1,385.99 | 1,385.99 |
| AMP7625401A | 19-C SILVERADO/SIERRA 1500/20-C SILVERADO/SIERRA 2500/3500 EXTENDED/CREW CAB POW | | | | | | |
| | | 6/23/2025 | UZ55PNOLSW | ($)ADJUST | 1.00 | 1,385.99 | 1,385.99 |
| | | | | Subtotal: | 1.00 | 1,385.99 | 1,385.99 |
| AMP7636401A | 25-C RAM 1500 CREW CAB POWERSTEP PLUG & PLAY | | | | | | |
| | | 6/23/2025 | ZQWUPPPVU'' | ($)ADJUST | 1.00 | 1,385.99 | 1,385.99 |
| | | | | Subtotal: | 1.00 | 1,385.99 | 1,385.99 |
| ANZ111379 | 16-C TACOMA PROJECTOR HEADLIGHTS W/PLANK STYLE DESIGN BLACK/AMBER W/DRL DRIVE/PA | | | | | | |
| | | 2/13/2025 | A000571550 | MEYDIS | 1.00 | 570.58 | 570.58 |
| | | | | Subtotal: | 1.00 | 570.58 | 570.58 |
| ATITTL80B | 80 GAL L-REFUELING TANK BLACK | | | | | | |
| | | 12/9/2022 | 16639 | HAZWIL | -1.00 | 666.00 | -666.00 |
| | | 12/9/2022 | L491201 | MEYDIS | 1.00 | 903.13 | 903.13 |
| | | | | Subtotal: | 0.00 | 1,569.13 | 237.13 |
| BAK448131 | 19-C SILVERADO/SIERRA 1500(EXCL CARBON PRO)EXT/CREW CAB W/ OR W/O TRACK SYS 6FT6 | | | | | | |
| | | 6/18/2025 | A004070664 | MEYDIS | 1.00 | 903.02 | 903.02 |
| | | | | Subtotal: | 1.00 | 903.02 | 903.02 |
| BAK448133 | 20-C SILVERADO/SIERRA 2500/3500 HD BAKFLIP MX4 MATTE FINISH 6FT 9IN BED | | | | | | |
| | | 6/20/2025 | A004078261 | MEYDIS | 1.00 | 903.02 | 903.02 |
| | | | | Subtotal: | 1.00 | 903.02 | 903.02 |
| BAK448339 | 21-C F150/23 F150 LIGHTNING SUPERCREW 5.5FT BED BAKFLIP MX4 MATTE FINISH | | | | | | |
| | | 7/1/2025 | A003955485 | MEYDIS | 1.00 | 865.32 | 865.32 |
| | | 7/1/2025 | A004111760 | MEYDIS | 1.00 | 865.32 | 865.32 |
| | | | | Subtotal: | 2.00 | 1,730.64 | 1,730.64 |
| BAK448426 | 16-C TACOMA ACCESS CAB/DBL CAB W/TRACK SYSTEM 5FT BAKFLIP MX4 TONNEAU COVER | | | | | | |
| | | 6/23/2025 | AZUIX3XTAX | ($)ADJUST | 1.00 | 915.52 | 915.52 |
| | | | | Subtotal: | 1.00 | 915.52 | 915.52 |
| BAK-PARTS-326A00 | Bulkhead weatherstrip seal | | | | | | |
| | | 6/24/2025 | 6426828 | REATRU | 2.00 | 19.99 | 39.98 |
| | | | | Subtotal: | 2.00 | 19.99 | 39.98 |
| BIL24274951 | FRONT SHOCK ABSORBER B8 5100 FORD F-250 SUPER DUTY 17-19, F-350 SUPER DUTY 17-19 | | | | | | |
| | | 6/2/2025 | A004015939 | MEYDIS | 2.00 | 91.62 | 183.24 |
| | | | | Subtotal: | 2.00 | 91.62 | 183.24 |
| BIL24274968 | 17-C FORD F250/F350 SUPERDUTY REAR SHOCK ABSORBER; B8 5100; FOR REAR LIFTED HEIG | | | | | | |
| | | 6/2/2025 | A004015939 | MEYDIS | 2.00 | 91.62 | 183.24 |
| | | | | Subtotal: | 2.00 | 91.62 | 183.24 |
| BIL33253190 | REAR SHOCK ABSORBER B8 5100 FORD F-150 15-C | | | | | | |
| | | 2/14/2025 | 20976 | DOUWIL | -1.00 | 91.62 | -91.62 |
| | | 2/14/2025 | A000572789 | MEYDIS | 1.00 | 91.62 | 91.62 |
| | | | | Subtotal: | 0.00 | 183.24 | 0.00 |

# Inventory Value Detail

Brazoria County Truck Outfitters LLC
All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| BLUBX1758 | 2023 CANYON/COLORADO(EXCL BISON)(W/O OFFROAD BUMPER)15X30.375IN BASEPLATE W/REMO | | | | | | |
| | | 6/27/2025 | A004102445 | MEYDIS | 1.00 | 392.86 | 392.86 |
| | | | | Subtotal: | 1.00 | 392.86 | 392.86 |
| BLUBX88206 | 7 TO 6 COILED CABLE | | | | | | |
| | | 5/5/2025 | A003930747 | MEYDIS | 1.00 | 71.43 | 71.43 |
| | | | | Subtotal: | 1.00 | 71.43 | 71.43 |
| BNWGNRK1019 | (KIT)19-C SILVERADO/SIERRA 1500 NO DRILL GOOSENECK | | | | | | |
| | | 6/23/2025 | G0EL1G3IOX | ($)ADJUST | 1.00 | 415.74 | 415.74 |
| | | | | Subtotal: | 1.00 | 415.74 | 415.74 |
| BNWGNRK1020 | (KIT)20-C SILVERADO/SIERRA 2500/3500 NO DRILL GOOSENECK HITCH | | | | | | |
| | | 5/1/2025 | A003918709 | MEYDIS | 1.00 | 494.87 | 494.87 |
| | | 6/4/2025 | A004026993 | MEYDIS | 1.00 | 486.48 | 486.48 |
| | | | | Subtotal: | 2.00 | 981.35 | 981.35 |
| BNWGNRK1062 | (KIT)01-06 SILVERADO/SIERRA 3500 NO DRILL GOOSENECK | | | | | | |
| | | 6/23/2025 | JR4B2I4SQX | ($)ADJUST | 1.00 | 411.70 | 411.70 |
| | | | | Subtotal: | 1.00 | 411.70 | 411.70 |
| BNWGNRK1123 | (KIT)23-C F250/F350/F450 (ALL 2WD&4WD) W/FACTORY BED NO DRILL GOOSENECK | | | | | | |
| | | 6/10/2025 | A004034190 | MEYDIS | 2.00 | 486.48 | 972.96 |
| | | 6/10/2025 | A004047234 | MEYDIS | 1.00 | 486.48 | 486.48 |
| | | 7/3/2025 | 21805 | GULCOA | -1.00 | 486.48 | -486.48 |
| | | | | Subtotal: | 2.00 | 1,459.44 | 972.96 |
| BNWGNRK1309 | (KIT)09-18 RAM 1500(W/ or W/O FACTORY AIR RIDE) NO DRILL GOOSENECK | | | | | | |
| | | 6/23/2025 | 4SNI3M6CVX | ($)ADJUST | 1.00 | 415.74 | 415.74 |
| | | | | Subtotal: | 1.00 | 415.74 | 415.74 |
| BNWGNRK1314 | (1PC COMPLETE)13-18 RAM 3500(2019 W/VIN 10TH DIGIT=J) NO DRILL GOOSE(INSTALLS W/ | | | | | | |
| | | 6/23/2025 | B3G04O7MXX | ($)ADJUST | 2.00 | 416.66 | 833.32 |
| | | | | Subtotal: | 2.00 | 416.66 | 833.32 |
| BNWGNXA2000 | 2 5/16IN REPLACEMENT GOOSENECK BALL - ALL EXCEPT GNRK1309(RAM) AND/OR GNRK1257(T | | | | | | |
| | | 2/6/2025 | A000539635 | MEYDIS | 1.00 | 75.48 | 75.48 |
| | | | | Subtotal: | 1.00 | 75.48 | 75.48 |
| BOL7040474 | FORD CENTER CUT 8IN RECEIVER LOCK | | | | | | |
| | | 1/27/2025 | A000520274 | MEYDIS | 1.00 | 28.13 | 28.13 |
| | | | | Subtotal: | 1.00 | 28.13 | 28.13 |
| BWHGNRK1320 | 19-C Ram 2500/3500 Trunover ball Gooseneck assembly | | | | | | |
| | | 10/21/2024 | A000204767 | MEYDIS | 1.00 | 415.74 | 415.74 |
| | | | | Subtotal: | 1.00 | 415.74 | 415.74 |
| BWHRVK3300 | 20K Companion for ford pucks | | | | | | |
| | | 2/22/2024 | 4019707 | EAROWE | 1.00 | 903.08 | 903.08 |
| | | | | Subtotal: | 1.00 | 903.08 | 903.08 |
| BWHRVR2602 | Quick fit customer install bracket | | | | | | |
| | | 3/25/2025 | 987051 | DISHIT | 1.00 | 120.00 | 120.00 |
| | | | | Subtotal: | 1.00 | 120.00 | 120.00 |
| BWHRVR3210 | Patriot mounting rails, no hardware | | | | | | |
| | | 6/23/2025 | XAPAA0EABY | ($)ADJUST | 1.00 | 96.50 | 96.50 |
| | | | | Subtotal: | 1.00 | 96.50 | 96.50 |
| CLICSFTSBLVL17 | 17-22 F250 SUPER DUTY SUSPENSION TORSION SWAY BAR-WITH END LINKS LEVELING | | | | | | |
| | | 4/22/2025 | A003888552 | MEYDIS | 1.00 | 1,240.71 | 1,240.71 |
| | | | | Subtotal: | 1.00 | 1,240.71 | 1,240.71 |

**Inventory Value Detail**

Brazoria County Truck Outfitters LLC
All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| CUR11609 | 20-C HYUNDAI VENUE CLASS I HITCH | | | | | | |
| | | 10/29/2024 | A000246479 | MEYDIS | 1.00 | 209.65 | 209.65 |
| | | | | Subtotal: | 1.00 | 209.65 | 209.65 |
| CUR13370 | 18-C ODYSSEY CLASS III RECEIVER HITCH | | | | | | |
| | | 6/23/2025 | 1W3MC4GUFY | ($)ADJUST | 1.00 | 155.35 | 155.35 |
| | | | | Subtotal: | 1.00 | 155.35 | 155.35 |
| CUR15845 | 99-20 F350/F450/F550 CAB & CHASSIS ONLY CLASS V RECEIVER HITCH | | | | | | |
| | | 5/8/2024 | 4061158 | EAROWE | 1.00 | 313.28 | 313.28 |
| | | | | Subtotal: | 1.00 | 313.28 | 313.28 |
| CUR51146 | TRIFLEX NEXT PROPORTIONAL TRAILER BRAKE CONTROLLER | | | | | | |
| | | 12/26/2024 | A000423072 | MEYDIS | 1.00 | 98.82 | 98.82 |
| | | | | Subtotal: | 1.00 | 98.82 | 98.82 |
| CUR52108 | 23-C COLORADO/CANYON TOWED VEHICLE RV HARNESS | | | | | | |
| | | 6/27/2025 | A004102445 | MEYDIS | 1.00 | 64.44 | 64.44 |
| | | | | Subtotal: | 1.00 | 64.44 | 64.44 |
| CUR55515 | Replacement 4 pin wiring | | | | | | |
| | | 6/23/2025 | KIBZEAJOMY | ($)ADJUST | 1.00 | 12.44 | 12.44 |
| | | | | Subtotal: | 1.00 | 12.44 | 12.44 |
| CUR56070 | 5TH WHEEL & GOOSENECK 7FT CUSTOM WIRING HARNESS EXTENSION | | | | | | |
| | | 6/13/2025 | A0040448326 | MEYDIS | 4.00 | 54.69 | 218.77 |
| | | 7/2/2025 | A004104243 | MEYDIS | 10.00 | 62.92 | 629.22 |
| | | | | Subtotal: | 14.00 | 117.62 | 847.99 |
| CUR57004 | 7WAY LED TO 4WAY OR 5WAY FLAT ADAPTER(RECOGNIZES LED TRAILER LIGHTS) | | | | | | |
| | | 2/21/2025 | A000597623 | MEYDIS | 1.00 | 16.64 | 16.64 |
| | | 6/23/2025 | K1UAXOHA0( | ($)ADJUST | 1.00 | 16.64 | 16.64 |
| | | | | Subtotal: | 2.00 | 33.28 | 33.28 |
| CUR57015 | OEM REPLACEMENT DUAL OUTPUT 7 WAY & 4-WAY CONNECTOR (PLUGS INTO USCAR) | | | | | | |
| | | 1/3/2025 | A000438662 | MEYDIS | 2.00 | 23.68 | 47.36 |
| | | 1/6/2025 | A000446607 | MEYDIS | 1.00 | 23.68 | 23.68 |
| | | 1/27/2025 | A000514317 | MEYDIS | 3.00 | 23.68 | 71.04 |
| | | 5/12/2025 | A003932963 | MEYDIS | 3.00 | 24.04 | 72.12 |
| | | | | Subtotal: | 9.00 | 95.08 | 214.20 |
| CUR57183 | 4-WAY FLAT TO 6-WAY ROUND CAR END PACKAGED | | | | | | |
| | | 3/26/2025 | A003800191 | MEYDIS | 1.00 | 16.46 | 16.46 |
| | | 4/25/2025 | A003900864 | MEYDIS | 1.00 | 16.46 | 16.46 |
| | | | | Subtotal: | 2.00 | 32.92 | 32.92 |
| CUR57208 | HD SLOTTED 4 5 & 6-WAY ROUND SOCKET BRACKET | | | | | | |
| | | 3/26/2025 | A003800158 | MEYDIS | 1.00 | 4.18 | 4.18 |
| | | | | Subtotal: | 1.00 | 4.18 | 4.18 |
| CUR57241 | 7-WAY RV ROUND TO 4-WAY FLAT PKG | | | | | | |
| | | 6/23/2025 | 81DIYSJU40 | ($)ADJUST | 1.00 | 5.93 | 5.93 |
| | | | | Subtotal: | 1.00 | 5.93 | 5.93 |
| CUR57300 | ADAPTER: US CAR GM/FORD TO DODGE OEM | | | | | | |
| | | 6/23/2025 | NN38ZUK470 | ($)ADJUST | 1.00 | 15.50 | 15.50 |
| | | | | Subtotal: | 1.00 | 15.50 | 15.50 |
| CUR58151 | 7-POLE PLASTIC CONNECTOR CAR ENDPKG. | | | | | | |
| | | 6/23/2025 | X1WPZWLE9( | ($)ADJUST | 1.00 | 6.44 | 6.44 |
| | | | | Subtotal: | 1.00 | 6.44 | 6.44 |

**Inventory Value Detail**

Brazoria County Truck Outfitters LLC
All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| CUR58170 | 7-POLE DIE-CAST CONNECTOR CAR END | | | | | | |
| | | 6/23/2025 | MAO70ZMOB( | ($)ADJUST | 1.00 | 11.63 | 11.63 |
| | | | | Subtotal: | 1.00 | 11.63 | 11.63 |
| D60920909857 | TRITON 20x9 6x135.00/6x139.70 CHROME PLATED (20mm) | | | | | | |
| | | 7/1/2025 | 904023769 | WHEPRO | 4.00 | 412.56 | 1,650.24 |
| | | | | Subtotal: | 4.00 | 412.56 | 1,650.24 |
| DRT118599 | 20-23 EXPLORER(EXC INTERCEPTOR)/10-19 TAURUS/13-16 MKS T-ONE W/UPGRADED CIRCUIT | | | | | | |
| | | 12/28/2020 | 11822 | GULCOA | -1.00 | 43.75 | -43.75 |
| | | 6/14/2022 | 3653629 | EAROWE | 1.00 | 51.50 | 51.50 |
| | | | | Subtotal: | 0.00 | 95.25 | 7.75 |
| DRT76320 | 20-C EXPLORER XLT CLS III MAX-FRAME RECEIVER HITCH | | | | | | |
| | | 12/28/2020 | 11822 | GULCOA | -1.00 | 132.71 | -132.71 |
| | | 11/17/2022 | L429910 | MEYDIS | 1.00 | 185.18 | 185.18 |
| | | | | Subtotal: | 0.00 | 317.89 | 52.47 |
| DRT90885 | ELECTRONIC BRAKE CONTROL | | | | | | |
| | | 6/26/2025 | A004097505 | MEYDIS | 1.00 | 130.17 | 130.17 |
| | | | | Subtotal: | 1.00 | 130.17 | 130.17 |
| DVELBJL10 | 18-C WRANGLER/20-C GLADIATOR(EXCL 4XE/392/MOJAVE) LIGHT BAR MOUNT | | | | | | |
| | | 6/23/2025 | A004083402 | MEYDIS | 1.00 | 210.59 | 210.59 |
| | | | | Subtotal: | 1.00 | 210.59 | 210.59 |
| DZEDZ77019 | 19-C SILVERADO/SIERRA 5.5FT BED BEDMAT | | | | | | |
| | | 5/27/2025 | A003996955 | MEYDIS | 1.00 | 89.35 | 89.35 |
| | | | | Subtotal: | 1.00 | 89.35 | 89.35 |
| DZEDZ97960 | 11-21 FULL SIZE PICKUPS TRANSFER TANK CONNECTOR KITS | | | | | | |
| | | 6/16/2025 | 21413 | PRIPHI | -1.00 | 86.11 | -86.11 |
| | | 6/23/2025 | 5HBY57RSK0 | ($)ADJUST | 1.00 | 86.11 | 86.11 |
| | | | | Subtotal: | 0.00 | 172.22 | 0.00 |
| EXT90450 | 14-18 SILVERADO/SIERRA 1500/15-18 SILVERADO/SIERRA 2500/3500 HD 6.5FT TRIFECTA A | | | | | | |
| | | 6/23/2025 | 8YDD8FVWT( | ($)ADJUST | 1.00 | 360.91 | 360.91 |
| | | | | Subtotal: | 1.00 | 360.91 | 360.91 |
| FABFTL5208 | 17-C  F250 & F350 4WD FABTECH 2IN LEVELING SYSTEM | | | | | | |
| | | 6/4/2025 | A004029221 | MEYDIS | 1.00 | 145.70 | 145.70 |
| | | | | Subtotal: | 1.00 | 145.70 | 145.70 |
| FABFTS22219 | 6IN REAR BOX KIT | | | | | | |
| | | 6/23/2025 | H0XK9JXGY0 | ($)ADJUST | 1.00 | 125.27 | 125.27 |
| | | | | Subtotal: | 1.00 | 125.27 | 125.27 |
| FABFTS22302 | STEALTH DUAL STEERING STAB KIT | | | | | | |
| | | 6/23/2025 | AONAALYQ01 | ($)ADJUST | 1.00 | 250.98 | 250.98 |
| | | | | Subtotal: | 1.00 | 250.98 | 250.98 |
| FABFTS6063 | STEALTH MONOTUBE | | | | | | |
| | | 6/23/2025 | XH6IBP0B51 | ($)ADJUST | 2.00 | 145.07 | 290.14 |
| | | | | Subtotal: | 2.00 | 145.07 | 290.14 |
| FABFTS6188 | STEALTH MONOTUBE | | | | | | |
| | | 6/23/2025 | KIX7CR1L71 | ($)ADJUST | 3.00 | 145.07 | 435.21 |
| | | | | Subtotal: | 3.00 | 145.07 | 435.21 |
| FABK2118 | 6IN BASIC SYS W/PERF SHKS 2008-16 FORD F250 4WD | | | | | | |
| | | 6/23/2025 | H6HPET2V91 | ($)ADJUST | 1.00 | 1,053.12 | 1,053.12 |
| | | | | Subtotal: | 1.00 | 1,053.12 | 1,053.12 |

# Inventory Value Detail

### Brazoria County Truck Outfitters LLC
### All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| FRO300117006 | 17-19 F250/F350 FRONT BUMPER BLACK POWDER COATED W/LIGHT MOUNT, WILL WORK W/ADAP | | | | | | |
| | | 1/16/2025 | A000482462 | MEYDIS | 1.00 | 1,395.57 | 1,395.57 |
| | | | | Subtotal: | 1.00 | 1,395.57 | 1,395.57 |
| FWHD67520908957 | BLITZ 20X9 6X135 87.1 BL +20 | | | | | | |
| | | 7/1/2025 | 904023907 | WHEPRO | 4.00 | 334.08 | 1,336.32 |
| | | | | Subtotal: | 4.00 | 334.08 | 1,336.32 |
| FWHD83217907550 | D832 17X9 5X5.0 BLK-OUT 1MM | | | | | | |
| | | 6/23/2025 | 903993489 | WHEPRO | 4.00 | 285.84 | 1,143.36 |
| | | | | Subtotal: | 4.00 | 285.84 | 1,143.36 |
| GOLK6CES12150BG | 6LUG 12-1.50 ET SPLINE | | | | | | |
| | | 6/23/2025 | 903993249 | WHEPRO | 1.00 | 23.87 | 23.87 |
| | | | | Subtotal: | 1.00 | 23.87 | 23.87 |
| GOLK6TS14150BGR | LUG NUTS 24-PK 6LUG 14-1.50 SPLNE WIK TRK BLACK GOR | | | | | | |
| | | 7/1/2025 | 904023907 | WHEPRO | 1.00 | 30.50 | 30.50 |
| | | | | Subtotal: | 1.00 | 30.50 | 30.50 |
| HSL33001 | 80-96 BRONCO FS 2DR & FS & 97 HD P/U ONLY FLOOR LINERS BLK | | | | | | |
| | | 1/28/2025 | A000515644 | MEYDIS | 1.00 | 73.85 | 73.85 |
| | | | | Subtotal: | 1.00 | 73.85 | 73.85 |
| HSL52731 | 17-23 SUPER DUTY F250/F350/F450 CREW CAB W/VINYL FLOOR  X-ACT FLOOR LINER BLACK | | | | | | |
| | | 4/1/2025 | 21238 | INE | -3.00 | 69.18 | -207.54 |
| | | 4/15/2025 | 21315 | INE | 3.00 | 69.18 | 207.54 |
| | | | | Subtotal: | 0.00 | 138.36 | 0.00 |
| HSL79051 | 20-C SILVERADO 2500 HD REAR WHEEL WELL GUARDS BLACK | | | | | | |
| | | 1/16/2025 | A000480944 | MEYDIS | 1.00 | 100.08 | 100.08 |
| | | | | Subtotal: | 1.00 | 100.08 | 100.08 |
| JOD0140700101 | OLD TOWN SPORTSMAN BIGWATER 132 KAYAK-PHOTIC | | | | | | |
| | | 6/24/2025 | A004086058 | MEYDIS | 1.00 | 900.00 | 900.00 |
| | | | | Subtotal: | 1.00 | 900.00 | 900.00 |
| KEN217019 | 225/60R 16 98H KENETICA TOURING AS KR217 BLK | | | | | | |
| | | 8/28/2024 | INV000565756 | USAUT | 1.00 | 71.26 | 71.26 |
| | | | | Subtotal: | 1.00 | 71.26 | 71.26 |
| KGM40030 | UPPER AND LOWER SHELF DIVIDERS (SET OF 6) | | | | | | |
| | | 6/18/2024 | O488942 | MEYDIS | 1.00 | 44.46 | 44.46 |
| | | | | Subtotal: | 1.00 | 44.46 | 44.46 |
| KGM40040 | DOOR KIT FOR 52IN WIDE SHELF UNIT | | | | | | |
| | | 6/18/2024 | O488942 | MEYDIS | 2.00 | 141.45 | 282.90 |
| | | | | Subtotal: | 2.00 | 141.45 | 282.90 |
| KGM40070 | STEEL 2 DRAWER CABINET 20 W X 12  H X 13.5 D SHELF ACCESSORIES GREY | | | | | | |
| | | 6/18/2024 | O488967 | MEYDIS | 1.00 | 189.14 | 189.14 |
| | | | | Subtotal: | 1.00 | 189.14 | 189.14 |
| KGM40080 | STEEL 3 DRAWER CABINET 20 W X 12  H X 13.5 D SHELF ACCESSORIES GREY | | | | | | |
| | | 6/18/2024 | O488967 | MEYDIS | 1.00 | 229.56 | 229.56 |
| | | | | Subtotal: | 1.00 | 229.56 | 229.56 |
| KGM40341 | 6 STACKED SMALL PARTS BINS | | | | | | |
| | | 6/18/2024 | O488942 | MEYDIS | 1.00 | 203.69 | 203.69 |
| | | | | Subtotal: | 1.00 | 203.69 | 203.69 |
| KGM48190 | 10IN L X 2.75IN H SHELF LIP FOR 48320 AND 4832T | | | | | | |
| | | 6/18/2024 | O488967 | MEYDIS | 2.00 | 8.89 | 17.78 |
| | | | | Subtotal: | 2.00 | 8.89 | 17.78 |

**Inventory Value Detail**

Sunday, July 6, 2025
6:57:39PM
Page: 7

Brazoria County Truck Outfitters LLC
All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| KGM48524 | MODULAR VAN SHELF UNIT 52x60x14 | | | | | | |
| | | 6/18/2024 | O488942 | MEYDIS | 3.00 | 708.06 | 2,124.18 |
| | | | | Subtotal: | 3.00 | 708.06 | 2,124.18 |
| KNNRU3040 | 6INID FLG, 7-1/2INOD, 12INH UNIV RUBBR FLTR | | | | | | |
| | | 2/6/2025 | 20938 | KNOMIK | 1.00 | 63.45 | 63.45 |
| | | | | Subtotal: | 1.00 | 63.45 | 63.45 |
| LUV251451 | 20-C SILVERADO/SIERRA 2500/3500HD TEXTURED RUBBER MUD GUARDS-REAR 23IN | | | | | | |
| | | 5/8/2025 | A003942759 | MEYDIS | 1.00 | 80.00 | 80.00 |
| | | | | Subtotal: | 1.00 | 80.00 | 80.00 |
| LUV415358-571500-( | | | | | | | |
| | | 7/2/2024 | A000010680 | MEYDIS | 1.00 | 705.99 | 705.99 |
| | | | | Subtotal: | 1.00 | 705.99 | 705.99 |
| PART SALES | Parts Sales | | | | | | |
| | | 12/29/2020 | 11834 | CARCHA | -4.00 | 86.59 | -346.36 |
| | | 1/15/2021 | 11910 | HENMAT | -1.00 | 86.59 | -86.59 |
| | | 2/11/2021 | 12075 | KEEGLE | -1.00 | 86.59 | -86.59 |
| | | 5/6/2025 | 47744 | GULCOA | 1.00 | 51.60 | 51.60 |
| | | 6/23/2025 | F8I00CVDZ2 | ($)ADJUST | 15.00 | 0.00 | 0.00 |
| | | | | Subtotal: | 10.00 | 311.37 | -467.94 |
| PUT92701 | 17-C F250/F350/F450 SUPER DUTY FRONT EMBLEM-WITHOUT CAMERA CUTOUT | | | | | | |
| | | 12/6/2024 | A000367902 | MEYDIS | 1.00 | 185.43 | 185.43 |
| | | | | Subtotal: | 1.00 | 185.43 | 185.43 |
| RAVELCO | Ravelco Anti Theft Device | | | | | | |
| | | 4/28/2025 | RAV430 | RAVVIN | 2.00 | 549.95 | 1,099.90 |
| | | | | Subtotal: | 2.00 | 549.95 | 1,099.90 |
| RDS011025 | 11-C GM/ALL FORD/ALL DODGE (NOT 2013+ DODGE) GRAVITY FLOW FUEL KIT 1.5 IN | | | | | | |
| | | 6/24/2025 | A004090160 | MEYDIS | 1.00 | 70.97 | 70.97 |
| | | 6/27/2025 | A004098447 | MEYDIS | 1.00 | 70.97 | 70.97 |
| | | | | Subtotal: | 2.00 | 141.94 | 141.94 |
| RDY4919320 | 19-C DODGE/RAM 2500 4WD 3IN COIL LIFT KIT-FRT COILS/REAR SPACERS/RADIUS ARM DROP | | | | | | |
| | | 7/1/2024 | O532562 | MEYDIS | 1.00 | 1,049.97 | 1,049.97 |
| | | | | Subtotal: | 1.00 | 1,049.97 | 1,049.97 |
| RDY6619180 | 19-C RAM 2500/3500 NEW BODY 1.75IN LEVELING KIT FOR RADIUS ARM SUSPENSION | | | | | | |
| | | 6/23/2025 | DP5C7U4WJ3 | ($)ADJUST | 1.00 | 150.11 | 150.11 |
| | | | | Subtotal: | 1.00 | 150.11 | 150.11 |
| RDY662120 | 21-C FORD F150 2.0IN  LEVELING KIT | | | | | | |
| | | 6/9/2025 | A004030697 | MEYDIS | 2.00 | 143.28 | 286.56 |
| | | 6/17/2025 | A004067451 | MEYDIS | 1.00 | 179.11 | 179.11 |
| | | 6/23/2025 | 44YT7W56M3 | ($)ADJUST | 1.00 | 179.11 | 179.11 |
| | | | | Subtotal: | 4.00 | 501.50 | 644.78 |
| RDY663086 | 2.25IN FRONT LEVEL KIT W/UPPER CONTROL ARMS 14-18 CHEVY/GMC 1500/TAHOE/SUBURBAN/ | | | | | | |
| | | 6/23/2025 | R6H1908QQ3 | ($)ADJUST | 1.00 | 381.56 | 381.56 |
| | | | | Subtotal: | 1.00 | 381.56 | 381.56 |
| RDY663920 | 2IN FRONT LOWER STRUT EXTENSION LEVELING KIT 19-C CHEVY/GMC 1500 | | | | | | |
| | | 6/23/2025 | OC9J9290T3 | ($)ADJUST | 1.00 | 104.96 | 104.96 |
| | | | | Subtotal: | 1.00 | 104.96 | 104.96 |

**Inventory Value Detail**

Brazoria County Truck Outfitters LLC
All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| RDY6723210 | 23-C FORD F250/F350/F450 AUTO-LEVELING HEADLIGHT 2.5IN LIFT BRACKET KIT | | | | | | |
| | | 4/28/2025 | A003904589 | MEYDIS | 1.00 | 50.12 | 50.12 |
| | | 6/23/2025 | A004084188 | MEYDIS | 1.00 | 57.29 | 57.29 |
| | | 6/23/2025 | YTQYA6BKX3 | ($)ADJUST | 1.00 | 50.12 | 50.12 |
| | | | | Subtotal: | 3.00 | 157.53 | 157.53 |
| RDY6723610 | 23-C FORD F250/F350F450 N/A AUTO-LEVELING HEADLIGHT BYPASS BRACKET KIT | | | | | | |
| | | 6/23/2025 | C7JGB8CUZ3 | ($)ADJUST | 1.00 | 35.71 | 35.71 |
| | | | | Subtotal: | 1.00 | 35.71 | 35.71 |
| REC264342AMHPAN | 17-C F250/F350/F450 SUPERDUTY AMBER CAB ROOF LIGHT 5 PIECE SET | | | | | | |
| | | 7/24/2024 | A000033997 | MEYDIS | 1.00 | 227.24 | 227.24 |
| | | | | Subtotal: | 1.00 | 227.24 | 227.24 |
| REC264345BKHPAM | 19-C RAM 2500/3500HD (5 PC) SMOKED CAB ROOF LIGHT LENS WITH 2-WAY AMBER LED | | | | | | |
| | | 5/29/2025 | A004008625 | MEYDIS | 1.00 | 212.57 | 212.57 |
| | | 6/24/2025 | RGA00015912 | MEYDIS | -1.00 | 212.57 | -212.57 |
| | | | | Subtotal: | 0.00 | 425.14 | 0.00 |
| RIG220603 | RIGID RADIANCE PLUS SR-SERIES LED LIGHT, 8 OPTION RGBW BACKLIGHT, 20 INCH | | | | | | |
| | | 5/5/2025 | A003928978 | MEYDIS | 1.00 | 361.73 | 361.73 |
| | | | | Subtotal: | 1.00 | 361.73 | 361.73 |
| RNHBTF231BLR | 23-C F250/F350/F450/F550 SUPER DUTY LEGEND BULLNOSE FRONT BUMPER | | | | | | |
| | | 6/23/2025 | 7T2TGIH8B4 | ($)ADJUST | 1.00 | 963.17 | 963.17 |
| | | | | Subtotal: | 1.00 | 963.17 | 963.17 |
| RNHFBD191BLRC | 19-23 RAM 2500/3500 NEW BODY STYLE LEGEND FRONT BUMPER WITH CAMERA ACCESS | | | | | | |
| | | 4/7/2025 | A003838225 | MEYDIS | 1.00 | 1,372.60 | 1,372.60 |
| | | | | Subtotal: | 1.00 | 1,372.60 | 1,372.60 |
| RNHFBF231BLR | Ranch Hand 23-C F250/F350 LEGEND FRONT BUMPER | | | | | | |
| | | 6/26/2025 | A004097162 | MEYDIS | 1.00 | 1,372.60 | 1,372.60 |
| | | 6/30/2025 | A004106017 | MEYDIS | 1.00 | 1,372.60 | 1,372.60 |
| | | | | Subtotal: | 2.00 | 2,745.20 | 2,745.20 |
| RNHGGF24HBL1 | 24-C F150 LEGEND GRILLE GUARD | | | | | | |
| | | 12/19/2024 | A000411190 | MEYDIS | 1.00 | 654.99 | 654.99 |
| | | | | Subtotal: | 1.00 | 654.99 | 654.99 |
| RNHPSF231BL1 | 23-C F250/F350/F450/F550 LEGEND GRILLE GUARD SENSOR RELOCATION KIT | | | | | | |
| | | 5/9/2025 | A003946920 | MEYDIS | 1.00 | 76.56 | 76.56 |
| | | | | Subtotal: | 1.00 | 76.56 | 76.56 |
| RNHSBC201BLSL | 20-C SILVERADO 2500/3500 SPORT BACK BUMPER(MUST HAVE RECEIVER HITCH) | | | | | | |
| | | 6/19/2025 | A004076324 | MEYDIS | 1.00 | 661.56 | 661.56 |
| | | | | Subtotal: | 1.00 | 661.56 | 661.56 |
| ROLLG131M | 21-C F150/22-C LIGHTNING 5.7FT NOT COMPATIBLE WITH OE CARGO MANAGEMENT TRACKS M- | | | | | | |
| | | 6/30/2025 | A004104602 | MEYDIS | 1.00 | 1,283.70 | 1,283.70 |
| | | | | Subtotal: | 1.00 | 1,283.70 | 1,283.70 |
| ROLLG225M | 19-C SILVERADO/SIERRA 1500/20-C SILVERADO/SIERRA 2500/3500 LB M SERIES TONNEAU W | | | | | | |
| | | 3/25/2025 | A003796251 | MEYDIS | 1.00 | 1,434.72 | 1,434.72 |
| | | 6/23/2025 | 78FPNSMMM4 | ($)ADJUST | 1.00 | 1,434.72 | 1,434.72 |
| | | 7/1/2025 | A004001459 | MEYDIS | 1.00 | 1,434.72 | 1,434.72 |
| | | | | Subtotal: | 3.00 | 4,304.16 | 4,304.16 |
| SHE579B874 | FRT BMPR CVR; STX|FX2|FX4|XLT|HARLEY|KING RANCH; UPPER; W/O WHEEL OPENING MLDGS; | | | | | | |
| | | 5/7/2025 | A00003936405 | MEYDIS | 1.00 | 86.15 | 86.15 |
| | | | | Subtotal: | 1.00 | 86.15 | 86.15 |

**Inventory Value Detail**

Brazoria County Truck Outfitters LLC
All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| SKYB8557 | BLACKMAX SHOCK W/BOOT | | | | | | |
| | | 7/1/2024 | O531745 | MEYDIS | 2.00 | 48.26 | 96.52 |
| | | | | Subtotal: | 2.00 | 48.26 | 96.52 |
| SMB98510 | X2O 10 COMP - GEN2 - 10,000 LB. WINCH - COMP SERIES W/SYNTHETIC ROPE & ALUMINUM | | | | | | |
| | | 6/23/2025 | A004083402 | MEYDIS | 1.00 | 469.00 | 469.00 |
| | | | | Subtotal: | 1.00 | 469.00 | 469.00 |
| STC6011390CC | 23-C F250/F350 SUPER DUTY ELEVATION FRONT BUMPER REPLACEMENT BLACK | | | | | | |
| | | 2/4/2025 | W21HNVS3VU | ($)ADJUST | 1.00 | 1,011.70 | 1,011.70 |
| | | | | Subtotal: | 1.00 | 1,011.70 | 1,011.70 |
| TEA303100 | (3031-P)15-17 TUNDRA/16-23 TACOMA 2 PLUG BRAKE CONTROL ADAPTER | | | | | | |
| | | 5/7/2025 | A003938421 | MEYDIS | 1.00 | 10.45 | 10.45 |
| | | | | Subtotal: | 1.00 | 10.45 | 10.45 |
| TOY354210 | 37X12.50R20LT 126Q E/10 OPRTT TL | | | | | | |
| | | 7/1/2025 | INV000999419 | USAUT | 4.00 | 396.60 | 1,586.40 |
| | | | | Subtotal: | 4.00 | 396.60 | 1,586.40 |
| TOY355960 | 35X1250R17LT 121R E/10 OPAT3 TL | | | | | | |
| | | 6/23/2025 | INV000979740 | USAUT | 4.00 | 314.43 | 1,257.72 |
| | | | | Subtotal: | 4.00 | 314.43 | 1,257.72 |
| TYC11593401 | 04-08 FD F SRS PU LD (STYLSD;w/oHarly) T.L LH | | | | | | |
| | | 5/7/2025 | A00003936405 | MEYDIS | 1.00 | 27.53 | 27.53 |
| | | | | Subtotal: | 1.00 | 27.53 | 27.53 |
| UNDTR26022 | 19-C FORD RANGER 5 FT TRIAD COVER | | | | | | |
| | | 1/24/2025 | A000508108 | MEYDIS | 1.00 | 673.44 | 673.44 |
| | | | | Subtotal: | 1.00 | 673.44 | 673.44 |
| UNDUX22033 | 24-C RANGER 5FT ULTRA FLEX HARD FOLDING TONNEAU COVER BLACK | | | | | | |
| | | 1/28/2025 | A000518869 | MEYDIS | 1.00 | 991.54 | 991.54 |
| | | | | Subtotal: | 1.00 | 991.54 | 991.54 |
| UWSEC20503 | MATTE BLACK ALUMINUM SECURE LOCK 48IN UNDER TONNEAU CHEST BOX | | | | | | |
| | | 3/26/2025 | A003786177 | MEYDIS | 1.00 | 505.32 | 505.32 |
| | | | | Subtotal: | 1.00 | 505.32 | 505.32 |
| WBT477154 | WEBOOST DRIVE REACH OTR SIGNAL BOOSTER KIT | | | | | | |
| | | 5/9/2025 | A003945872 | MEYDIS | 1.00 | 412.98 | 412.98 |
| | | | | Subtotal: | 1.00 | 412.98 | 412.98 |
| WEA6645201 | All-Purpose Chest - Aluminum Matte Black Finish | | | | | | |
| | | 5/14/2025 | 21503 | BAGZAN | 1.00 | 799.49 | 799.49 |
| | | | | Subtotal: | 1.00 | 799.49 | 799.49 |
| WEA774880 | REPLACEMENT PUSH BUTTON LOCK W/ KEY CODE K780 | | | | | | |
| | | 10/13/2023 | P545254 | MEYDIS | 2.00 | 59.47 | 118.94 |
| | | | | Subtotal: | 2.00 | 59.47 | 118.94 |
| WES091218FM4 | ALL QUADRANT 3W OSRAM W/TERMINATED WIRING (SET OF 2) FM4Q FLUSH MOUNT LED BLACK | | | | | | |
| | | 6/23/2025 | A004083419 | MEYDIS | 1.00 | 101.16 | 101.16 |
| | | | | Subtotal: | 1.00 | 101.16 | 101.16 |
| WES091227020S | XTREME LED LIGHT BAR LOW PROFILE SINGLE ROW 20 INCH FLEX W/5W CREE, BLACK , HARN | | | | | | |
| | | 6/23/2025 | A004083419 | MEYDIS | 1.00 | 228.14 | 228.14 |
| | | | | Subtotal: | 1.00 | 228.14 | 228.14 |
| WES0913250C | EF2 LED LIGHT BAR DOUBLE ROW 50 IN. COMBO W/3W EPISTAR | | | | | | |
| | | 6/23/2025 | A004083419 | MEYDIS | 1.00 | 285.92 | 285.92 |
| | | | | Subtotal: | 1.00 | 285.92 | 285.92 |

**Inventory Value Detail**

Brazoria County Truck Outfitters LLC
All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| WES271675 | 06-10 EXPLORER MOUNT KIT | | | | | | |
| | | 4/8/2025 | A003841765 | MEYDIS | 1.00 | 114.21 | 114.21 |
| | | | | Subtotal: | 1.00 | 114.21 | 114.21 |
| WES4620065 | WINCH MOUNT LICENSE PLATE RE-LOCATOR BLACK | | | | | | |
| | | 3/31/2025 | A003813868 | MEYDIS | 1.00 | 40.40 | 40.40 |
| | | | | Subtotal: | 1.00 | 40.40 | 40.40 |
| WES5614165 | 20-C GLADIATOR TEXTURED BLACK HDX DROP NERF STEP BARS | | | | | | |
| | | 6/23/2025 | A004083402 | MEYDIS | 1.00 | 438.68 | 438.68 |
| | | | | Subtotal: | 1.00 | 438.68 | 438.68 |
| WES5980125 | 18-C WRANGLER JL(EXCL 2018 JK) WJ2 FULL WIDTH FRONT BUMPER W/LED LIGHT BAR MOUNT | | | | | | |
| | | 6/23/2025 | A004083411 | MEYDIS | 1.00 | 813.69 | 813.69 |
| | | | | Subtotal: | 1.00 | 813.69 | 813.69 |
| WES5982065 | 20-C GLADIATOR WJ2 REAR BUMPER TEXTURED BLACK  W/O SENSORS | | | | | | |
| | | 6/23/2025 | A004083402 | MEYDIS | 1.00 | 580.95 | 580.95 |
| | | | | Subtotal: | 1.00 | 580.95 | 580.95 |
| WET110035 | 14-18 SILVERADO 1500/15-C SILVERADO 2500/3500 W/OUT FLARES NO DRILL MUDFLAPS BLA | | | | | | |
| | | 3/10/2025 | A003743818 | MEYDIS | 1.00 | 51.96 | 51.96 |
| | | | | Subtotal: | 1.00 | 51.96 | 51.96 |
| WET401510IM | 20-23 EXPLORER/EXPLORER HYBRID SEATBACK CARGO LINERS HP BLACK | | | | | | |
| | | 6/24/2025 | A004089480 | MEYDIS | 1.00 | 131.93 | 131.93 |
| | | | | Subtotal: | 1.00 | 131.93 | 131.93 |
| WET4410121 | 17-17 F250/F350 SUPER DUTY SUPER CAB/CREW CAB FRONT FLOORLINER BLACK | | | | | | |
| | | 3/5/2025 | A003730308 | MEYDIS | 1.00 | 93.68 | 93.68 |
| | | 7/2/2025 | RGA00015956: | MEYDIS | -1.00 | 93.68 | -93.68 |
| | | | | Subtotal: | 0.00 | 187.36 | 0.00 |
| WET4410126 | 23-23 F250/F350/F450/F550 REAR FLOORLINER BLACK | | | | | | |
| | | 3/28/2025 | A003809409 | MEYDIS | 1.00 | 76.47 | 76.47 |
| | | 6/23/2025 | J3BB4J09G5 | ($)ADJUST | 1.00 | 76.47 | 76.47 |
| | | | | Subtotal: | 2.00 | 152.94 | 152.94 |
| WET441021 | 15-18 FORTE5 FRONT FLOORLINER EXPORT BLACK | | | | | | |
| | | 6/23/2025 | G8ZO5L1JI5 | ($)ADJUST | 2.00 | 81.57 | 163.14 |
| | | | | Subtotal: | 2.00 | 81.57 | 163.14 |
| WET4419262 | 25-C MURANO REAR FLOORLINER BLACK | | | | | | |
| | | 6/24/2025 | A004099899 | MEYDIS | 1.00 | 60.53 | 60.53 |
| | | | | Subtotal: | 1.00 | 60.53 | 60.53 |
| WET442163 | 09-18 RAM 1500(19 CLASSIC)10-C RAM 2500/3500 CREW CAB REAR FLOORLINER BLACK | | | | | | |
| | | 6/23/2025 | J0D08P33N5 | ($)ADJUST | 1.00 | 82.85 | 82.85 |
| | | | | Subtotal: | 1.00 | 82.85 | 82.85 |
| WET446972 | 15-C F150 SUPERCREW (W/1ST ROW BUCKET SEATS)  REAR FLOORLINER BLACK | | | | | | |
| | | 3/5/2025 | A003730308 | MEYDIS | 1.00 | 76.47 | 76.47 |
| | | 7/2/2025 | RGA00015956: | MEYDIS | -1.00 | 76.47 | -76.47 |
| | | | | Subtotal: | 0.00 | 152.94 | 0.00 |
| WET446974 | 15-C F150 SUPERCREW (W/1ST ROW BENCH SEATS) REAR FLOORLINER BLACK | | | | | | |
| | | 3/6/2025 | A003736327 | MEYDIS | 1.00 | 76.47 | 76.47 |
| | | | | Subtotal: | 1.00 | 76.47 | 76.47 |
| WET50199 | 11-16 SUPER DUTY FITS STANDARD MODELS STONE & BUG DEFLECTOR DARK SMOKE | | | | | | |
| | | 6/23/2025 | PHDLGDGFE6 | ($)ADJUST | 1.00 | 74.87 | 74.87 |
| | | | | Subtotal: | 1.00 | 74.87 | 74.87 |

# Inventory Value Detail

### Brazoria County Truck Outfitters LLC
### All Inventory Items

| Product ID | Description | Date | Invoice # | Vendor ID | Processed Qty | Unit Cost | Total Value |
|---|---|---|---|---|---|---|---|
| WET50271 | 17-22 F250/F350 STONE & BUG DEFLECTOR DARK SMOKE | | | | | | |
| | | 6/23/2025 | M35BHFHPG6 | ($)ADJUST | 1.00 | 80.56 | 80.56 |
| | | | | Subtotal: | 1.00 | 80.56 | 80.56 |
| WET801025IM81765 | 21-C F150/F250/F350/F450/F550 FRONT & REAR SIDE WINDOW DEFLECTORS DARK TINT | | | | | | |
| | | 12/6/2024 | A000367113 | MEYDIS | 1.00 | 79.66 | 79.66 |
| | | 4/2/2025 | A003823954 | MEYDIS | 1.00 | 79.17 | 79.17 |
| | | 6/16/2025 | A004064510 | MEYDIS | 2.00 | 79.17 | 158.34 |
| | | | | Subtotal: | 4.00 | 238.00 | 317.17 |
| WET81930IM | 20-C SILVERADO/SIERRA/SIERRA DENALI CREWCAB REAR SIDE WINDOW DEFLECTORS DARK TIN | | | | | | |
| | | 2/11/2025 | A000565399 | MEYDIS | 1.00 | 39.16 | 39.16 |
| | | | | Subtotal: | 1.00 | 39.16 | 39.16 |
| WET82922 | 20-C GLADIATOR/18-C WRANGLER UNLIMITED FRONT&REAR SIDE WINDOW DEFLECTORS DARK S | | | | | | |
| | | 4/2/2025 | A003823954 | MEYDIS | 1.00 | 79.17 | 79.17 |
| | | | | Subtotal: | 1.00 | 79.17 | 79.17 |
| YOK110116020 | 37X12.50R20 GEOLANDAR X-AT 126Q | | | | | | |
| | | 7/1/2025 | INV000997677 | USAUT | 4.00 | 371.41 | 1,485.64 |
| | | | | Subtotal: | 4.00 | 371.41 | 1,485.64 |
| ZORF98F | 2021 FORD F150 6IN FRONT 4IN REAR SUSPENSION LIFT SYSTEM - FOX SHOCKS | | | | | | |
| | | 6/30/2025 | A004108140 | MEYDIS | 1.00 | 1,201.85 | 1,201.85 |
| | | 6/30/2025 | A004108159 | MEYDIS | 1.00 | 1,201.85 | 1,201.85 |
| | | | | Subtotal: | 2.00 | 2,403.70 | 2,403.70 |
| | | | | **Total for Asset Account:** | **220.00** | **66,579.13** | **72,338.23** |
| | | | | **Grand Total:** | **221.00** | **66,579.13** | **72,338.23** |

**Fill in this information to identify the case:**

Debtor name **Welty Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. / **Column B**<br>**Value of collateral that supports this claim** |

| 2.1 | **Byz Funder** | **Describe debtor's property that is subject to a lien**<br>UCC-1: 23-0008738293. All assets. 3rd position. Merchant cash advance loan. | $89,348.01 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**530 7th Ave Ste 505**
**New York, NY 10018**

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/1/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **CHA, Inc.** | **Describe debtor's property that is subject to a lien**<br>605 North Velasco, Angelton TX 77515 and purchase of M&E | $1,292,176.01 | $900,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4205**
**Lake Jackson, TX 77566**

Creditor's mailing address

**Describe the lien**
PMSI

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Welty Services, LLC**                                              Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CSC As Rep** |
|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**7/18/2022**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
UCC-1: 22-0035555613. All assets. 2nd
position.

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

---

| 2.4 | **First Citizens Bank** |
|---|---|

Creditor's Name

**10201 Centurion Parkway**
**Jacksonville, FL 32256**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**10/12/2022**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
UCC-1: 22-0050319173. EFA #155489. Rights
assigned by Regents Bank to First Citizens
Bank. Maybe a purchase money obligation.

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,768.82     $0.00

---

| 2.5 | **First Citizens Bank** |
|---|---|

Creditor's Name

**10201 Centurion Parkway**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Contract#038-0044453-00. Rights assigned by
Regents Bank to First Citizens Bank. Mobile
Spray Rig. PMSI

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
■ No

$44,768.82     $35,000.00

---

Debtor **Welty Services, LLC**                                    Case number (if known) _____
_____
Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**                ☐ No
**10/12/2022**                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**5414**
**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.6 | **Great American Financial Services** | | $24,974.20 | $0.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**UCC-1: 21-0037012935. Hunter: Heavy Duty Elite Balancer; BullsEye Collet Kit, Medium Duty Collet Kit, Extra Large Truck Cone Kit, Large Bore 8 Stud Kit; Fully Auto Tire Changer; Kit-Large Gore; and Dual Wheel Thick Bead Kit. PMSI**

**PO Box 609**
**Cedar Rapids, IA**
**52406-0609**
Creditor's mailing address

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**08/25/2021**
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.7 | **Great American Financial Services** | | $20,005.12 | $0.00 |

Creditor's Name
**PO Box 609**
**Cedar Rapids, IA**
**52406-0609**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC-1: 0003212266. Hunter DAS3000 Fixture Kit 1, ADASLink Scan Tool, RP1-1688130328 Target Board. PMSI**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1/24/2024**
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply

Debtor **Welty Services, LLC**
Name

Case number *(if known)* _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Jerry Powell** | Describe debtor's property that is subject to a lien | $76,070.24 | $300,000.00 |

Creditor's Name

**2201 South Velasco St Angleton TX, 77515. 5 Acre property.**

**102 Black Oak**
**Bailey Prarie, TX 77515**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **ODK Capital, LLC** | Describe debtor's property that is subject to a lien | $283,446.38 | $0.00 |

Creditor's Name

**UCC-1: 23-0025897278. All assets. 4th position. Merchant Cash Advance Loan**

**dba On Deck Capital**
**1400 Broadway 25th Flr**
**New York, NY 10018**
Creditor's mailing address

Describe the lien
**UCC-1**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**
**6/14/23**
**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **P&P Properties** | Describe debtor's property that is subject to a lien | $383,000.00 | $350,000.00 |

Creditor's Name

**2123 South Velasco, Angleton, TX 77515**

**9819 Sagecourt Dr**
**Houston, TX 77089**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No

Debtor  **Welty Services, LLC**  _____    Case number (if known) _____
Name

_____
Creditor's email address, if known

☐ Yes

**Date debt was incurred**              **Is anyone else liable on this claim?**

                                          ☐ No
**Last 4 digits of account number**        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.1 1 | **Regents Capital Corporation** | | $6,351.87 | $5,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**3m Plotter. PMSI**

**3200 Bristol Ste Ste 400**
**Costa Mesa, CA 92626**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
_____        ☐ Yes
Creditor's email address, if known

**Date debt was incurred**              **Is anyone else liable on this claim?**
                                          ■ No
**Last 4 digits of account number**        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.1 2 | **Regents Capital Corporation** | | $40,995.30 | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1: 24-0051235244. EFA #156831. Maybe**
**a PMSI.**

**3200 Bristol Ste Ste 400**
**Costa Mesa, CA 92626**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
_____        ☐ Yes
Creditor's email address, if known

**Date debt was incurred**              **Is anyone else liable on this claim?**
**09/13/2024**                            ■ No
**Last 4 digits of account number**        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

Debtor  **Welty Services, LLC**                                    Case number (if known) _____
_____
Name

| 2.1 3 | **The Huntington National Bank** | | $0.00 | $35,000.00 |

**The Huntington National Bank**
Creditor's Name

**Attn: CEO, President, Officer**
**17 S High St**
**Columbus, OH 43215**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**12/02/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1: 22-0058314449. EFA #155548. Chief Frame Machine and Measuring System (Jones and Hadley). Acquired from Regents Capital Corporation.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Third Coast Bank** | | $233,043.81 | $0.00 |

**Third Coast Bank**
Creditor's Name

**Fdba Heritage Bank**
**20202 Hwy 59 N Ste 190**
**Humble, TX 77338**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**10/8/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1: 19-0026450077**
**1417 South Velasco Building Loan.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Third Coast Bank** | | $11,300.00 | $0.00 |

**Third Coast Bank**
Creditor's Name

**20202 Hwy 59 N Ste 190**
**Humble, TX 77338**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**UCC-1: 25-0022974556. All assets. 5th position.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

Debtor **Welty Services, LLC**

Case number (if known) _____

Name

---

**05/19/2025**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $499,920.17 | $1,025,492.35 |
|---|---|---|---|---|

Creditor's Name

**Office of General Counsel
2120 Riverfront Drive Suite 100
Little Rock, AR 72202**

UCC-1: 20-0018190849. All assets. 1st position.
EIDL.

Creditor's mailing address

Describe the lien
UCC-1

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/17/2020**

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,050,168.75** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Arial Bouskila, Esq.**<br>**Attorney for Byz Funder, LLC**<br>**1545 U.S. 202 Ste 101**<br>**Pomona, NY 10970** | Line **2.1** | |
| **Byz Funder**<br>**c/o Thomas J Bellinder, Esq.**<br>**625 N. State St Ste 101**<br>**Jackson, MS 39202** | Line **2.1** | |
| **On Deck**<br>**4700 W Daybreak Pkwy Ste 200**<br>**South Jordan, UT 84009** | Line **2.9** | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 8

Debtor     **Welty Services, LLC**                                            Case number (if known) _____
                    Name

**OnDeck Capital**
**c/o Zwicker & Associates P.C.**                                  Line __2.9__
**851 S Rampart Blvd Ste 150**
**Las Vegas, NV 89145**

**U.S. Attorney's Office**
**Southern District of Texas**                                      Line __2.16__
**1000 Louisiana Ste 2300**
**Houston, TX 77002**

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Welty Services, LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

2.1 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$0.00**    Priority amount **$0.00**

---

2.2 Priority creditor's name and mailing address
**Texas Comptroller**
**PO Box 13528**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$23,395.90**    Priority amount **$0.00**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **Welty Services, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.1** **Nonpriority creditor's name and mailing address**
**1-800-Radiator**
**9370 South Point**
**Houston, TX 77054**

Date(s) debt was incurred  **6/2022**

Last 4 digits of account number  **0746**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

$412.00

---

**3.2** **Nonpriority creditor's name and mailing address**
**Airgas USA, LLC**
**2211 N Brazosport Blvd**
**Freeport, TX 77541-3525**

Date(s) debt was incurred  **7/21**

Last 4 digits of account number  **3188**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

$263.94

---

**3.3** **Nonpriority creditor's name and mailing address**
**Airline Auto Parts**
**10616 Arline Dr**
**Houston, TX 77037**

Date(s) debt was incurred  **4/2022**

Last 4 digits of account number  **7929**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

$50.00

---

**3.4** **Nonpriority creditor's name and mailing address**
**All Star Auto Lights**
**PO Box 628754**
**Orlando, FL 32862-8754**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number  **5373**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

$3,466.91

---

**3.5** **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **3004**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Card**

Is the claim subject to offset? ☒ No  ☐ Yes

$143,516.59

---

**3.6** **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 30009**
**Salt Lake City, UT 84130**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **8191**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Line of Credit**

Is the claim subject to offset? ☒ No  ☐ Yes

$38,628.47

---

**3.7** **Nonpriority creditor's name and mailing address**
**Archer Kia**
**11614 Southwest Fwy**
**Houston, TX 77031**

Date(s) debt was incurred  **10/2020**

Last 4 digits of account number  **8982**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

$3,973.87

---

Debtor  **Welty Services, LLC**                                    Case number (if known) _____
_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.58 |
|---|---|---|---|

**AT&T**
Attn: Legal Department
208 S. Akard St
Dallas, TX 75202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2011__

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,899.95 |
|---|---|---|---|

**Brazoria County Truck Outfitters**
2123 South Velasco
Angleton, TX 77515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Internal Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $946.35 |
|---|---|---|---|

**Campbell's Towing**
13082 S Why 288B
Angleton, TX 77515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Vendor__

Last 4 digits of account number __9173__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,532.61 |
|---|---|---|---|

**Capital One**
Attn: Legal Department
1680 Capital One Dr
Mc Lean, VA 22102-3491

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2011__

**Basis for the claim:** __Credit Card__

Last 4 digits of account number __6981__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,278.69 |
|---|---|---|---|

**CCC Information Services Inc**
8059 Innovation Way
Chicago, IL 60682-8059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Vendor__

Last 4 digits of account number __9029__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,232.05 |
|---|---|---|---|

**Cintas**
PO Box 650838
Dallas, TX 75265-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2011__

**Basis for the claim:** __Vendor__

Last 4 digits of account number __5684__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,110.00 |
|---|---|---|---|

**City Glass**
PO Box 1036
Crosby, TX 77532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2013__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Welty Services, LLC**                                    Case number (if known) _____

_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.77 |
|---|---|---|---|

**3.15**

**Nonpriority creditor's name and mailing address**
**City of Angleton**
**121 S Velasco**
**Angleton, TX 77515**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **3000**

As of the petition filing date, the claim is: *Check all that apply.*  **$472.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Classic Chevrolet Sugarland**
**13115 Southwest Fwy**
**Sugarland, TX 77478**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **8046**

As of the petition filing date, the claim is: *Check all that apply.*  **$21,225.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Classic Honda Galveston**
**8020 Broadway**
**Galveston, TX 77554**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **5364**

As of the petition filing date, the claim is: *Check all that apply.*  **$5,926.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Compression Leasing Services**
**PO Box 1629**
**Casper, WY 82602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **L013**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,253.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Dennis Reutzel**
**1 Rayburn Ridge**
**Angleton, TX 77515**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$188,733.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale of the Jones and Hadley business and its equipment and fixtures.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Dent Sharks**
**4407 Blooming Garden Ct**
**League City, TX 77573**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$40,708.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Discount Hitch**
**4820 Ave H**
**Rosenberg, TX 77471**

Date(s) debt was incurred  **2011**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Welty Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,703.68**

**Don Hewlett Chevrolet and Buick**
**7601 I 35 N Frontage Rd**
**Georgetown, TX 78626**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __0956__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Earl Owens**
**44 Tunkhannock Ave**
**Exeter, PA 18643**

Date(s) debt was incurred  __2011__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$93,778.87**

---

**3.24** | Nonpriority creditor's name and mailing address

**Empire Auto Parts**
**15 Jackson Rd**
**Totowa, NJ 07512**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __ones__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

**$3,641.66**

---

**3.25** | Nonpriority creditor's name and mailing address

**English Color and Supply**
**2826 Broadway**
**Galveston, TX 77550**

Date(s) debt was incurred  __2019__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

**$763.97**

---

**3.26** | Nonpriority creditor's name and mailing address

**English Color and Supply Inc MPB**
**2826 Broadway**
**Galveston, TX 77550**

Date(s) debt was incurred  __2019__

Last 4 digits of account number  __2230__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

**$68,303.74**

---

**3.27** | Nonpriority creditor's name and mailing address

**English Color and Supply JH**
**2826 Broadway**
**Galveston, TX 77550**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __2186__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$87,371.55**

---

**3.28** | Nonpriority creditor's name and mailing address

**Fred Haas Nissan**
**24202 Tomball Pkwy SH 249**
**Tomball, TX 77375**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __1934__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,607.94**

---

Debtor   **Welty Services, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,531.96**

**Fred Haas Toyota/Scion**
**20400 I-45**
**North Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:  Vendor**

**Last 4 digits of account number  1934**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,958.79**

**Gillman Honda**
**PO Box 744905**
**Houston, TX 77274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:  Vendor**

**Last 4 digits of account number  1737**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,068.57**

**Gillman Subaru Southwest**
**10565 W Sam Houston Pkwy S**
**Houston, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Vendor**

**Last 4 digits of account number  1000**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,421.19**

**Helfman River Oaks Chrysler Dodge Jeep**
**4807 Kirby Dr**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Vendor**

**Last 4 digits of account number  6802**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,406.32**

**Hewlett Parts Center**
**200 Commerce Blvd**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  01/2025**

**Basis for the claim:  Vendor**

**Last 4 digits of account number  0956**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,068.86**

**Hunter Kelsey**
**7200 NO Mopac Expy Ste 120**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Sales tax loan for 2123 S. Velasco**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336,893.54**

**iBusiness Funding**
**fka Funding Circle**
**110 SE 6th St Ste 700**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Basis for the claim:  Merchant Cash Advance Loan**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Welty Services, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,422.35** |

**John Deere**
**PO Box 650215**
**Dallas, TX 75265-0215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **9167**

Basis for the claim: **John Deere 325G**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,892.00** |
|---|---|---|---|

**Jones & Hadley**
**2123 South Velasco**
**Angleton, TX 77515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

Basis for the claim: **Internal debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,081.30** |
|---|---|---|---|

**Keystone Automotive Industries**
**15733 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **IKES**

Basis for the claim: **Earl Owens purchase.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.25** |
|---|---|---|---|

**Mercedes Benz of Clearlake**
**6161 Rothway St**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **8572**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,290.34** |
|---|---|---|---|

**Mike Calvert Toyota**
**2333 S Loop W Fwy**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number **4185**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,614.52** |
|---|---|---|---|

**Mikes Body Shop**
**2123 South Velasco**
**Angleton, TX 77515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Internal debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,928.00** |
|---|---|---|---|

**Mobile Auto Pros**
**3120 Pasadena Fwy**
**Pasadena, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **N/A**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Welty Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Mossy Nissan**
**12150 Katy Fwy**
**Houston, TX 77079**

Date(s) debt was incurred __2019__

Last 4 digits of account number __6225__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$416.43**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Napa Auto Parts**
**2705 N Velasco**
**Angleton, TX 77515**

Date(s) debt was incurred __2019__

Last 4 digits of account number __8100__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$64.46**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**National Autobody Parts**
**PO Box 748957**
**Los Angeles, CA 90074-8957**

Date(s) debt was incurred __2019__

Last 4 digits of account number __1485__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$3,081.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Navitas Credit Corporation**
**203 Fort Wade Rd Unit 300**
**Ponte Vedra, FL 32081-5159**

Date(s) debt was incurred __1/17/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Navitas provided financing and filed a UCC-1. It was paid off and agreed to terminate its financing statement. Included for notice only.__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Northpoint Commercial Finance, LLC**
**Attn: CEO, President, Officer**
**11675 Rainwater Dr Ste 450**
**Alpharetta, GA 30009**

Date(s) debt was incurred __10/08/2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC-1: 18-0035438466. Believed to be paid off. Included for notice.__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**O'Reilly Auto Parts**
**PO Box 9464**
**Springfield, MO 65801**

Date(s) debt was incurred __2019__

Last 4 digits of account number __4266__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,500.44**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Parts Unlimited Inc.**
**17511 Pearland Sites**
**Pearland, TX 77584**

Date(s) debt was incurred __2019__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,460.00**

---

Debtor  **Welty Services, LLC**  Case number (if known) _____
_____
       Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Pro Parts Center**<br>**7810 Fairbanks N Houston Rd**<br>**Bldg 1 Ste 100**<br>**Houston, TX 77040** | As of the petition filing date, the claim is: Check all that apply.    **$32,300.15**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred **2019**

Last 4 digits of account number **2275**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Russell & Smith Ford**<br>**PO Box 2222**<br>**Decatur, AL 35609-2222** |

As of the petition filing date, the claim is: Check all that apply.    **$36,659.93**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **2110**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**South Texas**<br>**15726 Collection Center Dr**<br>**Chicago, IL 60693** |

As of the petition filing date, the claim is: Check all that apply.    **$61.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **3789**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Sterling McCall Acura**<br>**10455 Southwest Frwy**<br>**Houston, TX 77074** |

As of the petition filing date, the claim is: Check all that apply.    **$438.37**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **6225**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Third Coast Bank**<br>**Fdba Heritage Bank**<br>**20202 Hwy 59 N Ste 190**<br>**Humble, TX 77338** |

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2016**

Last 4 digits of account number **_**

Basis for the claim: **UCC-1: 16-00028758683. Believed to be paid off. Included for notice.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**West Point Parts Center**<br>**PO Box 721828**<br>**Houston, TX 77272** |

As of the petition filing date, the claim is: Check all that apply.    **$918.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **562G**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Wheels America**<br>**5347 South Valentia Way Ste 200**<br>**Greenwood, CO 80111** |

As of the petition filing date, the claim is: Check all that apply.    **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number **7477**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Welty Services, LLC**
_____  Case number (if known) _____
Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,374.53 |

**Wiesner Buick, GMC, Hyundai**
**1645 Interstate 45 N #400**
**Conroe, TX 77304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8757**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 23,395.90 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,363,603.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,386,999.20 |

| Fill in this information to identify the case: |
|---|

Debtor name __**Welty Services, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**EFA #155489 for Rhino Mobile Spray Rig.** | |
| State the term remaining | **First Citizens Bank**<br>**10201 Centurion Parkway**<br>**Jacksonville, FL 32256** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**EFA #156831 for 3m Plotter.** | |
| State the term remaining<br>**September, 2027** | **Regents Capital Corporation**<br>**3200 Bristol Ste Ste 400**<br>**Costa Mesa, CA 92626** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**EFA #155548 for (1) Meridian W/Galileo Wirless Scanner - Includes targets, attachements, CPU, 1 32" monitors, printer, Target Extension Package (798440B), Upper Body Bar (799013DD) S/N: UK422J0017 & UK322H0020.** | |
| State the term remaining | **The Huntington National Bank**<br>**Attn: CEO, President, Officer**<br>**17 S High St**<br>**Columbus, OH 43215** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Welty Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Donnie Welty Jr.** | **2123 South Velasco**<br>**Angleton, TX 77515** | **Byz Funder** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Donnie Welty Jr.** | **2123 South Velasco**<br>**Angleton, TX 77515** | **ODK Capital, LLC** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Donnie Welty Jr.** | **2123 South Velasco**<br>**Angleton, TX 77515** | **John Deere** | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.4 | **Donnie Welty Jr.** | **2123 South Velasco**<br>**Angleton, TX 77515**<br>**Guarantor** | **US Small Business Administration** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Donnie Welty Jr.** | **2123 S Velasco St**<br>**Angleton, TX 77515**<br>**Guarantor** | **Regents Capital Corporation** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Welty Services, LLC**                                             Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                  *Column 2:* **Creditor**

| 2.6 | **Rebecca Welty** | **2123 South Velasco**<br>**Angleton, TX 77515**<br>**Guarantor** | **Regents Capital**<br>**Corporation** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **Welty Services, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other   **2025 P&L Cash<br>06/15/2025** | **$2,600,287.67** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other   **2024 Tax Return -<br>Welty Services, LLC** | **$6,362,506.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other   **2023 Tax Return -<br>Welty Services, LLC** | **$5,021,327.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Welty Services, LLC**        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **CCC Information Services Inc**<br>**8059 Innovation Way**<br>**Chicago, IL 60682-8059** | **04/02/2025-0**<br>**6/02/2025** | **$13,676.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Software** |
| 3.2. **CHA, Inc.**<br>**PO Box 4205**<br>**Lake Jackson, TX 77566** | **4/11/25**<br>**5/9/25**<br>**6/12/25** | **$38,305.20** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **City Glass**<br>**PO Box 1036**<br>**Crosby, TX 77532** | **4/11/25**<br>**5/19/25**<br>**6/16/25** | **$11,167.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Coastal Debit Resolve dba ABSM, LLC**<br>**6700 N Andrews Ave Ste 500**<br>**Fort Lauderdale, FL 33309** | **4/16/25-5/21/**<br>**25** | **$32,893.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA negotiation company** |
| 3.5. **Dennis Reutzel**<br>**1 Rayburn Ridge**<br>**Angleton, TX 77515** | **4/15/25 -**<br>**5/15/25** | **$17,666.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **English Color and Supply, Inc.**<br>**2826 Broadway**<br>**Galveston, TX 77550** | **5/1/25-5/29/2**<br>**5** | **$35,883.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **(Consignment)** |
| 3.7. **Fred Haas Toyota/Scion**<br>**20400 I-45**<br>**North Spring, TX 77373** | **4/17/25 -**<br>**5/19/25** | **$14,792.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Welty Services, LLC**                                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **iBusiness Funding fdba Funding Circle** <br> 110 SE 6th St Ste 700 <br> Fort Lauderdale, FL 33316 | 4/30/25 <br> 5/30/25 | $16,084.02 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Merchant cash advance payments** |
| 3.9. **Hagan Insurance** <br> 2700 TX-35 <br> Angleton, TX 77515 | 4/17/25-5/30/25 | $16,234.54 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Insurance** |
| 3.10. **Katzkin** <br> 6868 W Acco St <br> Angleton, TX 77515 | 4/10/25-6/18/25 | $12,405.35 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ■ Other **COD** |
| 3.11. **Medis Meyer Distributing** <br> 560 E 25th St <br> Jasper, IN 47546 | 4/9/25-6/23/25 | $174,029.29 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ■ Other **COD** |
| 3.12. **P&P Properties** <br> 9819 Sagecourt Dr <br> Houston, TX 77089 | 5/5/25 - <br> 6/10/25 | $9,000.00 | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.13. **Rhino Linings** <br> 9747 Business Park Ave <br> San Diego, CA 92131 | 6/10/25 | $11,785.13 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.14. **Russell & Smith Ford** <br> PO Box 2222 <br> Decatur, AL 35609-2222 | 4/11/25 - <br> 6/9/25 | $23,467.90 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.15. **US Auto Force Lockbox** <br> 6410 Langfield Rd H Unit 100 <br> Houston, TX 77092 | 6/17/2025 | $12,559.93 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

Debtor   **Welty Services, LLC**                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Wiesner Buick, GMC, Hyundai**<br>**1645 Interstate 45 N #400**<br>**Conroe, TX 77304** | **4/23/25 -**<br>**6/20/25** | **$32,679.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Donnie Welty Jr.**<br>**2123 South Velasco**<br>**Angleton, TX 77515**<br>**Managing Member** | | **Unknown** | **Information to follow** |
| 4.2. **Gage Welty**<br>**2123 South Velasco**<br>**Angleton, TX 77515**<br>**Son to Managing Member** | | **Unknown** | **Information to follow** |
| 4.3. **Brynna Schilling**<br>**2123 South Velasco**<br>**Angleton, TX 77515**<br>**Daughter to Managing Member** | | **Unknown** | **Information to follow** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Various** | **Debtor regularly returns vehicle parts when they are not suitable for a job.** | | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor **Welty Services, LLC**                                          Case number *(if known)* _____

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Byzfunder NY LLC d/b/a Byzfunder, vs. Welty Services, LLC d/b/a Mikes Paint and Bodyshop, Brazoria County Truck Outfitter, Jones and Hadley Bodyshop, and Donnie Gene Welty Jr.** **032798-2024** | **Civil** | **Rockland Supreme Court 1 South Main St New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **ODK Capital, LLC v. Welty Services, LLC and Donnie Welty** **249916708** | **Civil** | **Salt Lake City District Court Matheson Courthouse 450 South State St PO Box 1860 Salt Lake City, UT 84114-1860** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Various** | **Debtor contributes approximately $350 annually to various high school athletic programs.** | **Various** | **$1,750.00** |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Roof damage to buildings** | **$0.00. No insurance payments.** | **07/2024** | **$48,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

Debtor   **Welty Services, LLC**                                                        Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.** **17835 Ventura Blvd Ste 306** **Encino, CA 91316** | | **06/20/2025** | **$50,000.00** |
| | **Email or website address** **www.foxlaw.com** | | | |
| | **Who made the payment, if not debtor?** **Debtor's Principal** | | | |
| 11.2. | **Genevieve M. Graham** **1215 Arthur St** **Houston, TX 77019** | | **July, 2025** | **$10,000.00** |
| | **Email or website address** **www.graham-pllc.com** | | | |
| | **Who made the payment, if not debtor?** **Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Debtor   **Welty Services, LLC**                                Case number *(if known)*

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

□ No.
■ Yes. State the nature of the information collected and retained.

   **Name, phone number, email**

   Does the debtor have a privacy policy about that information?
   □ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   □ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **401(k) Guideline Administrator** | EIN: **20J25051** |

   Has the plan been terminated?
   ■ No
   □ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor **Welty Services, LLC**                                                    Case number *(if known)*

---

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| English Color and Supply Inc MPB<br>2826 Broadway<br>Galveston, TX 77550 | 605 North Velasco<br>Angleton, TX 77515 | English Color and Supply Inc. provides paint on consignment. Value varies. | $50,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Debtor's Employees | Store and Bodyshop | Employees provide their own toolboxes. | $0.00 |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Welty Services, LLC**  Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Green & McElreath CPAs PLLC**<br>**20405 State Hwy 249 Ste 150**<br>**Houston, TX 77070** | **2021-2025** |
| 26a.2. | **Jax Doutre**<br>**PO Box 2676**<br>**Riverside, CA 92516** | **2025-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Texas Tax Group**<br>**9950 Westpark Dr #430**<br>**Houston, TX 77063** | **March 2025-Current** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Welty Services, LLC**<br>**2123 South Velasco**<br>**Angleton, TX 77515** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Welty Services, LLC**<br>**2123 South Velasco**<br>**Angleton, TX 77515** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

Debtor   **Welty Services, LLC**                                          Case number *(if known)* _____

| Name and address |
|---|

**26d.1.**  **Nydia Rangel-Perez, Auditor**
**State Comptroller of Public Accounts**
**2656 South Loop West Fwy #400**
**Houston, TX 77054**

**26d.2.**  **Texas Tax Group, Inc.**
**9950 Westpark Dr Ste 430**
**Houston, TX 77063**

**26d.3.**  **First Financial Bank**
**c/o Jeff Fuechec, Market President**
**401 North Mechanic PO Box 150**
**El Campo, TX 77437**

**26d.4.**  **Third Coast Bank**
**20202 Hwy 59 N Ste 190**
**Humble, TX 77338**

**26d.5.**  **Bernarsky Advisors**
**131 Continental Dr Ste 305**
**Newark, DE 19713**

**26d.6.**  **Brian O'Hara**
**Green & McElreath CPAs PLLC**
**20405 State Hwy 249 Ste 150**
**Houston, TX 77070**

**26d.7.**  **Coastal Debt Resolve**
**6700 N Andrews Ave Ste 500**
**Fort Lauderdale, FL 33309**

**26d.8.**  **Berkovitch & Bouskila, PLLC**
**1545 Rte 202 Ste 101**
**Pomona, NY 10970**

**26d.9.**  **Secure Account Service**
**PO Box 1110**
**Lake Havasu City, AZ 86405**

**26d.10.**  **Texas Dow Employee Credit Union**
**2900 N Velasco St**
**Angleton, TX 77515**

**26d.11.**  **Hunter Kelsey**
**7200 NO Mopac Expy Ste 120**
**Austin, TX 78731**

**26d.12.**  **Byz Funder**
**530 7th Ave Ste 505**
**New York, NY 10018**

**26d.13.**  **ODK Capital, LLC**
**dba On Deck Capital**
**1400 Broadway 25th Flr**
**New York, NY 10018**

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐  No
   ■  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Welty Services, LLC**                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Donnie Welty Jr.** | **7/6/2025** | **$72,338 - cost basis** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Welty Services, LLC**<br>**2123 South Velasco**<br>**Angleton, TX 77515** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donnie Welty Jr.** | **2123 South Velasco**<br>**Angleton, TX 77515** | | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rebecca Welty** | **2123 South Velasco**<br>**Angleton, TX 77515** | | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Donnie Welty Jr.**<br>**2123 South Velasco**<br>**Angleton, TX 77515** | | | **Information to follow** |
| | Relationship to debtor<br>**Managing Member** | | | |
| 30.2. | **Brynna Schilling**<br>**2123 South Velasco**<br>**Angleton, TX 77515** | | | **Information to follow** |
| | Relationship to debtor<br>**Daughter to Managing Member** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

7/09/25 11:23AM

Debtor   **Welty Services, LLC**                                          Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3 **Gage Welty**<br>**2123 South Velasco**<br>**Angleton, TX 77515** | | **Payroll (w2)** | **Wages** |
| Relationship to debtor<br>**Son to Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                     Employer Identification number of the parent corporation

32 **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

**401(k) administrator - Guideline**                EIN:   **20J25051**

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/09/2025

Signature of individual signing on behalf of the debtor      **Donnie Welty Jr.**
                                                             Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

7/09/25 11:23AM

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of Texas

In re   **, Welty Services, LLC** _____   Case No. _____

                                            Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................   $        **10,000.00**

    Prior to the filing of this statement I have received ...........................   $        **10,000.00**

    Balance Due .................................................................................................   $            **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**7.8.25**
_____
Date

*Managing Member*

**Genevieve M. Graham**
*Signature of Attorney*
**Graham PLLC**
**1215 Arthur St**
**Houston, TX 77019**
**832 367 5705**
**ggraham@graham-pllc.com**
*Name of law firm*

7/09/25 12:46PM

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of Texas

In re  **Welty Services, LLC**                                      Case No. _____
                                          Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................  $        **50,000.00**

    Prior to the filing of this statement I have received ..........................  $        **50,000.00**

    Balance Due ........................................................................  $            **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):    **Donnie Welty Jr., Managing Member**

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 9, 2025**                                     /s/ Steven R. Fox
*Date*                                               **Steven R. Fox**
                                                     *Signature of Attorney*
                                                     **The Fox Law Corporation Inc.**
                                                     **17835 Ventura Blvd #306**
                                                     **Encino, CA 91316**
                                                     **818 774-3545  Fax: 818 774-3707**
                                                     **SRFox@foxlaw.com**
                                                     *Name of law firm*

7/09/25 11:23AM

## United States Bankruptcy Court
### Southern District of Texas

In re  **Welty Services, LLC**

_____
Debtor(s)

Case No. _____

Chapter  11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donnie Welty Jr.**<br>**2123 South Velasco**<br>**Angleton, TX 77515** | | | **50%** |
| **Rebecca Welty**<br>**2123 South Velasco**<br>**Angleton, TX 77515** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 7/09/2025          Signature _____
                        **Donnie Welty Jr.**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

7/09/25 11:21 AM

## United States Bankruptcy Court
### Southern District of Texas

In re   **Welty Services, LLC**

Debtor(s)

Case No.
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  07/09/2025

**Donnie Welty Jr./Managing Member**
Signer/Title

1-800-Radiator
9370 South Point
Houston, TX 77054


Airgas USA, LLC
2211 N Brazosport Blvd
Freeport, TX 77541-3525


Airline Auto Parts
10616 Arline Dr
Houston, TX 77037


All Star Auto Lights
PO Box 628754
Orlando, FL 32862-8754


American Express
PO Box 981535
El Paso, TX 79998-1535


American Express
PO Box 30009
Salt Lake City, UT 84130


Archer Kia
11614 Southwest Fwy
Houston, TX 77031


Arial Bouskila, Esq.
Attorney for Byz Funder, LLC
1545 U.S. 202 Ste 101
Pomona, NY 10970

AT&T
Attn: Legal Department
208 S. Akard St
Dallas, TX 75202


Brazoria County Truck Outfitters
2123 South Velasco
Angleton, TX 77515


Byz Funder
530 7th Ave Ste 505
New York, NY 10018


Byz Funder
c/o Thomas J Bellinder, Esq.
625 N. State St Ste 101
Jackson, MS 39202


Campbell's Towing
13082 S Why 288B
Angleton, TX 77515


Capital One
Attn: Legal Department
1680 Capital One Dr
Mc Lean, VA 22102-3491


CCC Information Services Inc
8059 Innovation Way
Chicago, IL 60682-8059


CHA, Inc.
PO Box 4205
Lake Jackson, TX 77566

Cintas
PO Box 650838
Dallas, TX 75265-0838


City Glass
PO Box 1036
Crosby, TX 77532


City of Angleton
121 S Velasco
Angelton, TX 77515


Classic Chevrolet Sugarland
13115 Southwest Fwy
Sugarland, TX 77478


Classic Honda Galveston
8020 Broadway
Galveston, TX 77554


Compression Leasing Services
PO Box 1629
Casper, WY 82602


CSC As Rep
PO Box 2576
Springfield, IL 62708


Dennis Reutzel
1 Rayburn Ridge
Angleton, TX 77515

Dent Sharks
4407 Blooming Garden Ct
League City, TX 77573


Discount Hitch
4820 Ave H
Rosenberg, TX 77471


Don Hewlett Chevrolet and Buick
7601 I 35 N Frontage Rd
Georgetown, TX 78626


Donnie Welty Jr.
2123 South Velasco
Angleton, TX 77515


Earl Owens
44 Tunkhannock Ave
Exeter, PA 18643


Empire Auto Parts
15 Jackson Rd
Totowa, NJ 07512


English Color and Supply
2826 Broadway
Galveston, TX 77550


English Color and Supply Inc MPB
2826 Broadway
Galveston, TX 77550

English Color and Supply JH
2826 Broadway
Galveston, TX 77550


First Citizens Bank
10201 Centurion Parkway
Jacksonville, FL 32256


Fred Haas Nissan
24202 Tomball Pkwy SH 249
Tomball, TX 77375


Fred Haas Toyota/Scion
20400 I-45
North Spring, TX 77373


Gillman Honda
PO Box 744905
Houston, TX 77274


Gillman Subaru Southwest
10565 W Sam Houston Pkwy S
Houston, TX 77099


Great American Financial Services
PO Box 609
Cedar Rapids, IA 52406-0609


Helfman River Oaks Chrysler Dodge Jeep
4807 Kirby Dr
Houston, TX 77098

```
Hewlett Parts Center
200 Commerce Blvd
Georgetown, TX 78626



Hunter Kelsey
7200 NO Mopac Expy Ste 120
Austin, TX 78731



iBusiness Funding
fka Funding Circle
110 SE 6th St Ste 700
Fort Lauderdale, FL 33316


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



Jerry Powell
102 Black Oak
Bailey Prarie, TX 77515



John Deere
PO Box 650215
Dallas, TX 75265-0215



Jones & Hadley
2123 South Velasco
Angleton, TX 77515



Keystone Automotive Industries
15733 Collection Center Dr
Chicago, IL 60693
```

Mercedes Benz of Clearlake
6161 Rothway St
Houston, TX 77040


Mike Calvert Toyota
2333 S Loop W Fwy
Houston, TX 77054


Mikes Body Shop
2123 South Velasco
Angleton, TX 77515


Mobile Auto Pros
3120 Pasadena Fwy
Pasadena, TX 77503


Mossy Nissan
12150 Katy Fwy
Houston, TX 77079


Napa Auto Parts
2705 N Velasco
Angleton, TX 77515


National Autobody Parts
PO Box 748957
Los Angeles, CA 90074-8957


Navitas Credit Corporation
203 Fort Wade Rd Unit 300
Ponte Vedra, FL 32081-5159

Northpoint Commercial Finance, LLC
Attn: CEO, President, Officer
11675 Rainwater Dr Ste 450
Alpharetta, GA 30009


O'Reilly Auto Parts
PO Box 9464
Springfield, MO 65801


ODK Capital, LLC
dba On Deck Capital
1400 Broadway 25th Flr
New York, NY 10018


On Deck
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009


OnDeck Capital
c/o Zwicker & Associates P.C.
851 S Rampart Blvd Ste 150
Las Vegas, NV 89145


P&P Properties
9819 Sagecourt Dr
Houston, TX 77089


Parts Unlimited Inc.
17511 Pearland Sites
Pearland, TX 77584


Pro Parts Center
7810 Fairbanks N Houston Rd
Bldg 1 Ste 100
Houston, TX 77040

Regents Capital Corporation
3200 Bristol Ste Ste 400
Costa Mesa, CA 92626


Russell & Smith Ford
PO Box 2222
Decatur, AL 35609-2222


South Texas
15726 Collection Center Dr
Chicago, IL 60693


Sterling McCall Acura
10455 Southwest Frwy
Houston, TX 77074


Texas Comptroller
PO Box 13528
Austin, TX 78711-3528


The Huntington National Bank
Attn: CEO, President, Officer
17 S High St
Columbus, OH 43215


Third Coast Bank
Fdba Heritage Bank
20202 Hwy 59 N Ste 190
Humble, TX 77338


Third Coast Bank
20202 Hwy 59 N Ste 190
Humble, TX 77338

```
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana Ste 2300
Houston, TX 77002


US Small Business Administration
Office of General Counsel
2120 Riverfront Drive Suite 100
Little Rock, AR 72202


West Point Parts Center
PO Box 721828
Houston, TX 77272


Wheels America
5347 South Valentia Way Ste 200
Greenwood, CO 80111


Wiesner Buick, GMC, Hyundai
1645 Interstate 45 N #400
Conroe, TX 77304
```

7/09/25 11:23AM

## United States Bankruptcy Court
### Southern District of Texas

In re   **Welty Services, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Welty Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

07/09/2025
Date

Donnie Welty Jr.
Managing Member
2123 S Velasco
Angleton, TX 77515